# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

KC

**FILED**
**DECEMBER 10, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                                                 Case Number:
Jeffery Hoswell and Jane Blake

v.

R. J. O'Brien, individually and d/b/a R. J. O'Brien & Associates

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PLAINTIFFS: Jeffery Hoswell and Jane Blake

| | |
|---|---|
| NAME (Type or print) | |
| Maureen A. Beck | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ mbeck | |
| FIRM | |
| COMAN & ANDERSON, PC | |
| STREET ADDRESS | |
| 2525 Cabot Drive, Suite 300 | |
| CITY/STATE/ZIP | |
| Lisle, Illinois 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 06274541 | (630) 428-2660 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |