UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY HOSWELL, individually and ) <br> JANE BLAKE, individually ) <br> ) <br> Petitioners, ) <br> v. ) <br> ) <br> Robert J. O'Brien, individually and d/b/a ) <br> R.J. O'Brien & Associates ) <br> ) <br> Respondent. ) | Case No. 07 C 6946 <br><br> Honorable Bucklo <br> Magistrate Denlow |

## AMENDED PETITION TO CONFIRM ARBITRATION AWARD

NOW COME PETITIONERS, Jeffery Hoswell, individually ("Hoswell") and Jane Blake, individually ("Blake") (collectively "Petitioners"), by and through their attorneys, Coman & Anderson, PC, and respectfully petition this Court for entry of an Order confirming the "Award of Arbitrator" entered by Stanley P. Sklar on October 29, 2007, and entering judgment in conformity therewith. In support of this Amended Petition, Petitioners allege as follows:

1.  Petitioner Hoswell now is, and at all times relevant herein was, a citizen of the State of Illinois, County of Cook, with a residential address at 3043 Elaine Court, Flossmoor, Illinois 60422.

2.  Petitioner Blake now is, and at all times relevant herein was, a citizen of the State of Illinois, County of Cook, with a residential address at 3043 Elaine Court, Flossmoor, Illinois 60422.

3.  Respondent, Robert J. O'Brien d/b/a R.J. O'Brien & Associates, now is, and at all times relevant herein was, a citizen of the State of Illinois, County of Cook,

with a business address at 7601 S. Kostner Avenue, Suite 203, Chicago, Illinois 60652 and a residential address at 4605 W. 95th Street, Oak Lawn, Illinois 60453.

## Jurisdiction

4. This Court has jurisdiction under 9 U.S.C.A. §9, in accordance with the Arbitration Agreement entered into between the Parties on December 20, 2006. See copy "Construction Management Agreement" at page 4, Section 15.3A, attached hereto as Exhibit 1.

5. Venue is proper in this, the United States District Court for the Northern District of Illinois under 28 U.S.C. § 1391(b) as this action arises under the laws of the United States and the Respondent resides within the State of Illinois. Specifically, this Respondent resides in Cook County.

## Factual Background

6. On December 20, 2006, the Parties entered into a Construction Management Agreement (the "Agreement") whereby Respondent agreed to provide for the "supervision of construction" of a "new home built on Owner's property." Exhibit 1 at Section 1.

7. The Agreement provides that "any controversies arising from this contract will be resolved by binding arbitration…conducted in accordance with the United States Arbitration Act, 9 U.S.C. §§1-16…" ("Arbitration Clause"). Exhibit 1 at Section 15.3A.

8. The arbitration clause further provides that "any arbitral award may be converted to a judgment through any state or federal court located in Cook County, Illinois." Id.

9. A controversy arose out of the Agreement, specifically, Respondent breached the Agreement, and pursuant to the Arbitration Clause, Petitioners filed a "Demand for Arbitration" with the American Arbitration Association on June 21, 2007. See Demand for Arbitration attached hereto as Exhibit 2.

10. Thereafter, Stanley P. Sklar (Bell, Boyd & Lloyd, LLP) was appointed as Arbitrator.

11. On September 14, 2007, the Arbitrator held a hearing, at which both Parties appeared and participated by way of documentary evidence as well as testimony.

12. On October 29, 2007, the Arbitrator made his award in writing, captioned as "In the Matter of the Arbitration between Jeffery Hoswell, Jane Blake and Robert J. O'Brien dba R.J. O'Brien & Associates No. 51-421-L-000894-07" (the "Award"). See copy of the Award attached hereto as Exhibit 3.

13. Petitioners were awarded the sum of $11,526.98 (eleven thousand five hundred twenty six and 98/100 dollars). See Exhibit 3 at page 2, last paragraph.

14. The Award provided that payment was to be made "within 30 days from the date of this Award". Id.

15. The thirty (30) days for performance by Respondent have passed and to date, Respondent has failed and refused to perform.

16. Pursuant to the Agreement, Petitioners, as "prevailing parties" are entitled to "recover [their] costs of arbitration, the costs to convert the arbitral award to judgment, and costs of collection including, but not limited to, reasonable attorneys' fees and costs." See Exhibit 1 at page 4, Section 15.3A.

17. Petitioners have incurred attorneys' fees in the amount of $2,376.50 as well as filing costs in the amount of $350.00 due solely to Respondent's breach of the Agreement and failure to timely pay the award. See Affidavit of Maureen A. Beck, Esq. attached hereto as Exhibit 4.

WHEREFORE, Petitioners request that this Court enter an Order:

1. Confirming the October 29, 2007, Arbitration Award;

2. Entering judgment in the amount of $14,253.48 (said sum equal to the Award, plus allowable fess and costs incurred to date);

3. Finding no just cause to delay appeal or enforcement of same; and

4. Any such other and further relief as this Court deems just and proper.

Respectfully submitted,

JEFFERY HOSWELL and JANE BLAKE

By:   *s/Maureen A. Beck*
         One of their Attorneys

Maureen A. Beck, ARDC #06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
mbeck@comananderson.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **AMENDED PETITION TO CONFIRM ARBITRATION AWARD** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 12th day of December, 2007:

**N/A**

The undersigned, an attorney, also certifies that she will cause a copy of the foregoing **AMENDED PETITION TO CONFIRM ARBITRATION AWARD** to be served on the following Non-Participant by delivering same via First Class Mail on this 12th day of December, 2007:

Robert J. O'Brien
Robert J. O'Brien & Associates
7601 S. Kostner Avenue
Suite 203
Chicago, Illinois 60652

Robert J. O'Brien
4605 W. 95th Street
Oak Lawn, Illinois 60453

The undersigned, an attorney, also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **AMENDED PETITION TO CONFIRM ARBITRATION AWARD** will be delivered to Chambers via Overnight Delivery this 12th day of December, 2007:

Honorable JudgeBucklo
United States District Court
219 South Dearborn Street
Room 1438
Chicago, Illinois 60604

_s/ Maureen A. Beck_

5