## CONSTRUCTION MANAGEMENT AGREEMENT

### 1. GENERAL

This contract dated December 20th, 2006 is between Jeffery Hoswell and Jane Blake (hereinafter referred to as "Owner"), and Robert J. O'Brien (hereinafter referred to as "General Contractor" or "G.C."), and provides for supervision of construction by G.C. of a New Home to be built on Owner's property 6240 Sunset Ave, Lagrange Highlands, IL . This project is described on drawings dated April 19th, 2006. Specifications dated TBD (packet). Architect W.J.G. of Architects By Design, P.C. The Estimated Cost of Construction for this project as per sworn statement is  $600,000.00.

### 2. SCHEDULE

The actual start of construction shall commence as near as possible to January 10th, 2007 with anticipated completion 6 months from starting date. G.C. will make every effort to comply with time frame. Work under this contract shall begin within 30 business days after owner has given G.C. notice they have been approved for construction, permit, financing to complete said project, and payment of the initial deposit equal to 10% of projected G.C. fee ($84,000.00).

### 3. CONTRACT FEE AND PAYMENT

A. Owner agrees to pay G.C. a fee of 14% of final cost, for the work performed under this contract, said fee to be paid in installments as per addendum A, payment schedule.
B. Payments billed by G.C. are due in full within twenty (20) days of bill mailing date.
C. The first payment shall be $8,400.00 upon signing of the contract and work to begin within 30 business days.
D. Final payment to G.C. is due in full at project completion as outlined in paragraph 11.

### 4. GENERAL INTENT OF CONTRACT

It is intended that the G.C. provide the Owner with experienced guidance, project management, advice, supervision, and coordination of trades and material delivery. It is agreed that G.C. acts in a professional capacity to contract with subcontractors, open his own accounts with material suppliers and be billed for material supplied. Owner shall pay all expenses incurred in completing the project, except G.C. overhead as specifically exempted in Paragraph 9. In fulfilling his responsibilities to owner, G.C. shall perform at all times in a manner intended to be beneficial to the interests of Owner. G.C. will obtain from the subcontractor and maintain a record of certificates of insurance and release of liens.

## EXHIBIT 1

## 5. RESPONSIBILITIES OF GENERAL CONTRACTOR

G.C. shall have full responsibility for coordination of trades, ordering material and scheduling of work. A construction manager, Bill Farrell and Eric O'Brien, will be assigned to the project to provide Owner with a single source of contact and responsibility for supervision and coordination of work.

## 6. SPECIFIC RESPONSIBILITIES

1. Submit to Owner a detailed list of subcontractors and suppliers G.C. believes competent to work at competitive prices.
2. Bid out all contracts over $2,000.00. Go over each proposal with owner and obtain approval before contract is let. Select subcontractors and suppliers in a timely manner.
3. Submit to Owner a list of items requiring Owner's selections, with schedule dates for selection indicated. Final cost of construction can not be determined until all selections are made.
4. Assist the owner in obtaining and delivering all permits required by governmental authorities. (owner's cost). Coordinate, obtain and deliver all subcontractor information necessary for permit approval.
5. Obtain certificates of insurance from all subcontractors.
6. Assist the owner in obtaining all required surveys and site engineering work.. (owner's cost)
7. Arrange for all the installation of utility services. (owner's cost)
8. Coordinate and supervise clearing of brush and all excavating and grading work. (owner's cost)
9. Develop material lists and order all material in a timely manner.
10. Schedule, coordinate and supervise the work for all subcontractors and customer requested subcontractors. (see addendum B)
11. Review all bills and recommend payment action by Owner. Submit sworn statement to owners for approval prior to bank request.
12. Arrange for clean up during construction, and for disposal of construction waste. (owners cost includes dumpsters, portable john, silt fencing, security fencing and labor to clean).
13. Supervise the project through completion.
14. Prepare the payouts, sworn statement, and waivers for the title company.
15. Obtain from subcontractors all release of liens.

## 7. RESPONSIBILITIES OF OWNERS

OWNER AGREES TO:
1. Provide G.C. with 1 set of final plans initialed by owner, to be used in the construction process.
2. Arrange all financing needed for project, so that sufficient funds exist to pay all bills within twenty (20) days of notice.

3. Complete all selections in the client specifications packet and inform G.C. of
   *selections and sources on or before date shown in the specification packet.*
4. Inform G.C. promptly of any changes desired or other matters affecting schedule. All
   changes during construction will require a change order. Change orders must be
   completed in full and signed before work begins. (see attached)
5. Provide insurance coverage as needed to protect owner's interest (builder's risk).
6. Pay promptly for all work done, materials used and other services and fees generated
   in the execution of the project.

## 8. *EXCLUSIONS*

The following items shown on the drawings and / or specifications are NOT included in
this contract, in so far as G.C. supervision responsibilities are concerned:

Landscaping
Any work done by owners

## 9. *G.C.'s FACILITIES*

G.C. will furnish his own transportation and office facilities for G.C.'s use in supervising
the project at no expense to Owner.

## 10. USE OF G.C. ACCOUNTS

G.C. may have certain "trade" accounts not available to Owner (dumpsters, portajohns,
etc.), that they may find it to their advantage to utilize. In such a case, upon G.C.
presenting Owner with billing from such trade account, Owner upon receipt of statement
no later than twenty (20) days thereafter will present G.C. with a check for payment
payable to General Contractor.

## 11. *PROJECT COMPLETION*

The project shall be deemed complete upon passing Final Inspection by the Building
Department, Occupancy Permit obtained, all punch list items completed, release of liens
by every subcontractor, clear title and less than Five Hundred dollars ($500.00) of G.C.
supervision work remains to be done.

## 12. G.C. INSURANCE

General Contractor shall carry liability insurance in an amount of at least $1,000,000.
General Contractor's liability policy shall name the owner as an additional insured.

13. OWNER INSURANCE

Owner shall carry builder's risk insurance in an amount equal to the value of the
estimated construction build cost.

14. INDEMNIFICATION

Owner shall not be responsible for injuries to persons, including death and damage to
property, caused by acts, and or omissions, of General Contractor and its employees, and
its subcontractors. General Contractor shall not be responsible for injuries to persons,
including death and damage to property, caused by acts, and or omissions, of Owner,
Owner's friends or Owner's representatives (excluding G.C.). Owner shall assume full
responsibility for any personnel that the owners bring on property.

15. RIGHTS TO TERMINATE CONTRACT: DEFAULT: TERMINATION NOTICES: CURE

15.1 Should the work be stopped, not counting extreme weather delays, or wrongly
prosecuted through act or neglect of G.C. for ten (10) days or more, Owner may so
notify G.C. in writing and if work is not properly resumed within five (5) business
days of such notice, Owner may terminate this contract. Upon termination, entire
balance then due G.C. for that percentage of work then completed, as a portion of the
total contract sum shall be due and payable and all further liabilities of G.C. under
this contract shall cease.

15.2 Breach: Cure: Termination: Either Owner or G.C. may terminate this contract only
upon breach by the other party, after giving the purported defaulting party five (5)
business days from effective date of written notice to cure the purported default. If
the purported default is not cured, termination shall be the effective date of notice.

15.3 MANAGER'S AND OWNER'S LIABILITIES UPON BREACH

15.3A Any controversies arising from this contract will be resolved by binding
arbitration with this Agreement being construed and enforced according to the laws of
the State of Illinois without regard to Illinois choice of law rules. The arbitration will
be held in Chicago, IL before one (1) arbitrator of the American Arbitration
Association. The arbitration will be conducted in accordance with the United States
Arbitration Act, 9 USC §§1-16 and will continue from day-to-day until complete.
Any arbitral award may be converted to a judgment through any state or federal court
located in Cook County, Illinois. The parties agree not to contest jurisdiction or
venue of such courts on any basis including but not limited to forum non-conveniens.
The prevailing party shall be entitled to recover its costs of arbitration, the costs to
convert the arbitral award to judgment, and costs of collection including, but not
limited to, reasonable attorneys' fees, expert fees and costs.

15.3B  In the event of:
1. Wrongful termination of this contract by either party or,
2. Failure of either party to carry out their respective responsibilities as enumerated within this contract, to include but not limited to default of payment due G.C. or failure to perform as required, then the defaulting party agrees to pay to the prevailing party, in addition to any other damages there under, all costs of collection agency, attorney fees and interest.

## 16. ESTIMATES OF CONSTRUCTION COST

Owner acknowledges that the estimate of construction cost prepared by G.C. is an estimate only, based on actual proposals obtained by G.C. and not a guaranteed maximum price. Owner has the right to accept or reject any bids, and is therefore ultimately in control of the final cost of the project. There are certain costs that cannot be determined until the project is being constructed, among them are building code changes, owner changes or upgrades, cost of hauling and dumping excess material from jobsite, water problem uncovered by excavation, soil bearing capacity, hidden or unforeseen object (boulders, old foundation, etc.) uncovered by excavation, additional stone as needed. Some subcontractors can not guarantee the cost of material in an unstable market (example: recent increases/decreases in lumber, copper, and steel). These additional costs are to be covered by the owner.

## 17. WARRANTIES AND SERVICES

Subcontractors normally warrant their work for one year, and some manufacturers supply yearly warranties on certain equipment. All signed subcontractor agreements will have a warranty paragraph that outlines the subcontractor policy regarding warranties. Such warranties shall run to the Owner and the enforcement of these warranties (warranty claim) is the responsibility of the Owner and not the General Contractor. If owner has difficulty in the enforcement of these warranties, GC will assist the owner in getting the subcontractor to comply. G.C. will provide warranty claim supervision and coordination for a period of one year after project completion (warranty period).

## 18. PRE-OCCUPANCY INSPECTION AND WARRANTY EXCLUSIONS

Inspection procedure:

(a)    A pre-occupancy inspection of the residence shall be made. This inspection shall be made by Owner, accompanied by the G.C. Items to be corrected, as mutually agreed, shall be listed, and this report shall be signed by Owner and G.C., and Owner shall retain a copy hereof. The list will be referred to as the project completion "punch list".

(b)    Every reasonable effort shall be made to correct all of the items listed in the pre-occupancy inspection form within 30 days after the issuance of the Certificate of

Occupancy, and such items shall, in any event, be corrected within a reasonable time after the Certificate is issued.

(c)    Correction of latent defects, which were not discovered at the time of the pre-occupancy inspection, will be made within a reasonable time after Owner notifies General Contractor, in writing, during the warranty period. No correction will be made for defects (latent or patent) first claimed or discovered after the expiration of the applicable warranty period.

(d)    All scratches, cracks or mars of such items as tile, woodwork, kitchen and other cabinets, mirrors, walls, porcelain, glass, plumbing fixtures, counter tops, cultured marble table or countertops, lighting fixtures, doors or kitchen appliances must be noted on General Contractor's pre-occupancy inspection report, or they will not be covered under this warranty.

(e)    The warranty shall not apply to defects resulting from ordinary wear and tear, misuse or neglect, or failure to provide proper maintenance. General Contractor does not warranty any items, which are installed or repaired pursuant to the direct contract or agreement between Owner and any party other than General Contractor.

(f)    General Contractor does not warranty against minor cracking or scaling of the concrete flat work (which includes, but is not limited to, sidewalks, patios, basement and garage floors) or to the foundation walls. Cracks in foundation walls, if any, will be repaired only if infiltration of free water exists and is noticed to General Contractor during the applicable warranty period.

(g)    Cracks may develop in concrete patios, walks, driveways, porches, basements, floors of foundations due to expanding and contracting of concrete from changes in temperature and compacting of the soil on which the concrete is placed. There is no way to completely eliminating these conditions and characteristics which are inherent to concrete, and the warranty is not applicable thereto, except as provided in paragraph (d) above.

(h)    The use of de-icing or other chemicals can cause flaking of concrete surfaces and should be avoided as much as possible. If the flaking process should appear, there is no known cure for it. However, the structural value of the concrete is not affected. De-icing compounds picked up on the village streets due to normal winter driving and carried onto drives and garages floors may also cause flaking. Occasional washing down of these areas in thaw periods will minimize this damage. The warranty does not apply to flaking.

(i)    Temperature, humidity, or slight variation in the composition will very often affect the color of the concrete surface. The final strength of concrete is not affected thereby. The warranty does not apply to color so affected.

(j)     Cracks may develop in mortar used for bounding bricks together due to shrinkage in either the mortar or the brick. This is a normal condition and the warranty does not apply thereto. Note: fireplace mortar is "green" and needs to be cured and tempered by Owner before being subjected to severe heat.

(k)     General Contractor does not warrant against the normal effects of settlement, expansion, contraction or warping of materials that may occur in walls, floors, ceilings, doors, window, etc.

(l)     Structural wood members will shrink during the drying-out process, and it is a natural characteristic of wood to continue to expand and contract with changing humidity. The joints of paneled doors, molded casing, hardwood flooring and solid paneling may open up. This is normal and will not affect the residence structurally, and warranty does not apply thereto. Restoration is a function of homeowner maintenance, and is the sole responsibility of the Owner.

(m)    Drywall cracks or nail pops may show in the residence because of drying out and normal expansion and contraction of the wood or masonry to which it has been secured. These items can be easily repaired by Owner at the time of redecoration. General Contractor agrees to repair drywall cracks and nail pops one time immediately prior to the end of the one-year warranty period. Owner is responsible for repainting.

(n)     Extensive studies on the subject of floor squeaks conclude that much has been accomplished in eliminating floor squeaks, but complete avoidance is impossible. Generally, these will appear and disappear with changes in weather conditions. The warranty does not apply thereto.

(o)     The grounds around the residence must be graded so that the earth slopes away from the structure. Sometimes, the Owner in planting around the residence, will dig near the foundation and form a low spot, not realizing that a dangerous condition has been created. The warranty shall not apply to any defects resulting from this or from drainage caused by neighboring lots.

(p)     General Contractor is not responsible for, and the warranty shall not apply to soil washout and all landscaping including existing natural trees and shrubbery.

(q)     All appliances, carpeting, electrical and plumbing fixtures, mechanical heating and cooling systems shall be covered by the manufacturers' warranties and are not covered by this warranty. General Contractor will deliver to Owner all manufacturers' warranties, which General Contractor received.

19. ASSIGNMENT OR MODIFICATION

Neither the Owner nor General Contractor shall assign this agreement without the express
written consent of the other. Any modification of this agreement shall be binding only if
evidenced in writing signed by each party or an authorized representative of each.

20. NOTICES

Any and all notices required to be given hereunder shall be in writing and shall be
effective upon delivery via; personally delivery, certified or registered mail, postage
prepaid, confirmed facsimile transmission, or confirmed overnight delivery to the parties
at the addresses and facsimile numbers set forth below, or to such other address or
facsimile number as either party may designate in accordance with this Section:

      General Contractor:

            Robert O'Brien
            R.J. O'Brien & Associates
            7601 S. Kostner Ave., Suite 203
            Chicago, IL 60652
            Telephone Number: 773-767-5847
            Cell Number:     708-417-2056
            Fax Number:     773-767-6803

      Owner:

            Jeffery Hoswell and Jane Blake
            3043 Elaine Court
            Flossmoor, IL 60422-1464
            Telephone Number: 708-798-1166 or 7808
            Fax Number:     708-798-1218

DATE_____BY_____
                                  ROBERT J. O'BRIEN

DATE_____BY_____
                                  JEFFERY HOSWELL

DATE_____BY_____
                                  JANE BLAKE

## Addendum A

<u>G.C. PAYMENT SCHEDULE THROUGH FINAL INSPECTION – 8 DRAW</u>

| STAGE | % | AMOUNT | STAGE OF COMPLETION |
|---|---|---|---|
| 1 | 10 | $_____ | When the contract for Construction Management has been signed. |
| 2 | 0 | $_____ | When rough grading is complete and the site is ready for foundation. |
| 3 | 17 | $_____ | When the foundation is complete; ground plumbing is in place; and the house slab, if any, is poured; the subfloor is complete alone with the under floor mechanical, if crawl space.  Does not refer to a garage slab. |
| 4 | 17 | $_____ | When building is rough framed & roof stacked, doesn't include windows, doors, sheathing or siding. |
| 5 | 17 | $_____ | When the building has passed framing inspection; rough HVAC and rough electrical is complete; sheetmetal complete; and all exterior doors and miscellaneous rim is installed. |
| 6 | 17 | $_____ | When drywall is taped and textured; exterior has been painted or color coat complete; finish carpentry complete; interior painting complete; cabinets installed; and countertops installed. |
| 7 | 16 | $_____ | When finish plumbing, finish electrical and finish HVAC is complete, all flooring is installed, all appliances are in place and building is ready for occupancy. |
| 8 | 6 | $_____ | The balance due upon project completion as outlined in paragraph 11. |

APPROVED_____    DATE_____

*Addendum B*

# USE OF CUSTOMER REQUESTED SUPPLIERS OR SUBCONTRACTORS



We have built many homes and have endeavored to grow more efficient by avoiding mistakes already made. This experience and many trial and error situations have brought us to use our current suppliers, materials and subcontractors. We have had experience with our suppliers, materials and subcontractors and believe they are the highest value for the customer's home buying dollar while maintaining good warranty response.

We also recognize our customer's possible relationships with friends and relatives could benefit them in the construction process. We will allow customers to use suppliers, materials and subcontractors which we do not normally use. It has been our experience that this action may cause some heartache. If a novice attempts to work on a customer's home and does not perform to the customer's satisfaction, friendships and relationships could be damaged. Nevertheless we realize that a home is a customer's single greatest investment of their lives and want to assist in any way we can.

There are certain restrictions we place on our customer requested subcontractors, materials or suppliers. These restrictions are:

1.      We will not warrant work or material supplied by a customer requested supplier or subcontractor. We will not warrant specific types of material requested by the customer if the material is not part of our Description of Materials or color selections.

2.      We will give an allowance for the total expense of the material or work and pay that amount to the supplier or subcontractor as complete payment. The customer must pay the difference over the allowance to the supplier or subcontractor. The supplier or subcontractor must sign a lien release stating that it has been paid in full.

3.      We will only warrant the home up to the value of the price paid to us and will not cover extra charges paid to build the home.

4.      We will also give a schedule for the supplier or subcontractor which they must meet or the customer will be required to pay interest expense incurred due to the supplier's or subcontractor's inability to meet our schedule.

5.      Suppliers, materials and subcontractors must meet all local, state and national building codes and licensing requirements.

6.      Subcontractors are required to provide proof of workman's compensation and general liability insurance.

7.      We will oversee the work and will require the customer's assistance to communicate with the subcontractor concerning inferior work which will affect the quality of the final product.

8.      Suppliers and subcontractors are required to remove debris caused by them or their employees.

These restrictions are typical of our requirements of all our subcontractors and suppliers. Warranty concerns are left to the customer because of our lack of knowledge of the supplier and subcontractor.

We have read the restrictions and understand them. We request that you use the following suppliers or subcontractors:

_____     _____

_____     _____

_____     _____

_____     _____

_____     _____     _____     _____
Customer                             Date              Customer                             Date



R.J. O'Brien and Associates
FAX # 773-767-6803
**Change order**

Owner:_____ DATE:_____

Site address:_____ C.O.#:_____

Description

COST

_____

_____

_____

_____

_____

_____

_____

_____

AS OF THE ABOVE DATE WITH THIS CHANGE ORDER ( + / - )TOTAL COST OF
THE CONTRACT IS $_____

Remarks:_____

_____

_____

_____

SUBCONTRACTOR:_____

PER:_____

OWNER:_____ DATE:_____

No changes in price will be added to contract until the above form is filled in completely,

prior to work being done.