American Arbitration Association
*Dispute Resolution Services Worldwide*

CONSTRUCTION INDUSTRY ARBITRATION RULES
**Demand for Arbitration**

| | |
|---|---|
| *MEDIATION: If you would like the AAA to contact the other parties and attempt to arrange a mediation, please check this box.* ☐ *There is no additional administrative fee for this service.* | |

| Name of Respondent | Name of Representative (if known) |
|---|---|
| Robert O'Brien | |

| Address: | Name of Firm (if applicable) |
|---|---|
| R.J. O'Brien & Associates | |
| 7601 S. Kostner Ave, Suite 203 | Representative's Address: |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Chicago | IL | 60652 | | | |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 773-767-5847 | 773-767-6803 | | |

| Email Address: | Email Address: |
|---|---|
| RJOBGC@aol.com | |

The named claimant, a party to an arbitration agreement dated December 20th, 2006_____, which provides for arbitration under the Construction Industry Rules of the American Arbitration Association, hereby demands arbitration.

ARBITRATION CLAUSE CONTAINED IN THE FOLLOWING CONTRACT DOCUMENT: (Please check one)
☐ AIA-American Institute of Architects  ☐ AGC-Associated General Contractors of America  ☐ DBIA-Design Build Institute of America  ☐ EJCDC-Engineers Joint Contract Documents Committee  ☐ ASA-American Subcontractors Association  ☐ CMAA-Construction Management Association of America  ☒ Other (specify) Construction Mgt Agreement  dated 12-20-06

THE NATURE OF THE DISPUTE
Robert O'Brien, dba R.J. O'Brien & Associates, has breached our Construction Management Agreement by way of project neglect (see attached documents). $8,400.00 (eight thousand four hundred and 00/100 dollars) was paid to O'Brien & Associates by us as the initial deposit required under the Construction Management Agreement. We are requesting a refund of the initial deposit for services not rendered. We are requesting additional damages as of result of the breach of contract (default by Robert O'Brien).

| Dollar Amount of Claim  $ 8,400.00 | Other Relief Sought: ☒Attorneys Fees  ☒Interest ☒Arbitration Costs ☐Punitive/ Exemplary ☒ Other 10000.00 |
|---|---|

AMOUNT OF FILING FEE ENCLOSED WITH THIS DEMAND (please refer to the fee schedule in the rules for the appropriate fee) $ 950.00

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Residential Construction Industry

Hearing locale Chicago, IL_____ (check one) ☐ Requested by Claimant  ☒ Locale provision included in the contract

| Estimated time needed for hearings overall: | Specify type of business: Claimant Homeowner |
|---|---|
| 3-4    hours or _____ days | Respondent Construction Management |

**You are hereby notified that copies of our arbitration agreement and this demand are being filed with the American Arbitration Association's Case Management Center, located in (check one)   ☐ Atlanta, GA   ☒ Dallas, TX   ☐ East Providence, RI  ☐ Fresno, CA   ☐ International Centre, NY, with a request that it commence administration of the arbitration.  Under the rules, you may file an answering statement within fifteen days after notice from the AAA.**

| Signature (may be signed by a representative)    Date: | Name of Representative |
|---|---|
| *[signature]*                06-21-07 | |

| Name of Claimant | Name of Firm (if applicable) |
|---|---|
| Jeffery Hoswell and Jane Blake | |

| Address (to be used in connection with this case) | Representative's Address |
|---|---|
| 3043 Elaine Court | |

| City | State | Zip Code | City | State | Zip Code |
|---|---|---|---|---|---|
| Flossmoor | IL | 60422 | | | |

| Phone No. | Fax No. | Phone No. | Fax No. |
|---|---|---|---|
| 708-798-7808  or 708-798-1166 | 708-798-1218 | | |

| Email Address: | Email Address: |
|---|---|
| jblake@compuserve.com | |

To begin proceedings, please send two copies of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to the AAA.  Send the original Demand to the Respondent.

Please visit our website at www.adr.org if you would like to file this case online.  AAA Customer Service can be reached at 800-778-7879

**EXHIBIT 2**