# AMERICAN ARBITRATION ASSOCIATION

## COMMERCIAL ARBITRATION TRIBUNAL
## CONSTRUCTION INDUSTRY ARBITRATION TRIBUNAL

In the Matter of the Arbitration between

Jeffery Hoswell, Jane Blake
and
Robert J. O'Brien dba R. J. O'Brien & Associates

51-421-L-000894-07

## AWARD OF ARBITRATOR

I THE UNDERSIGNED ARBITRATOR having been appointed by the American Arbitration Association pursuant to its authority as a Limited Service case in accordance with the arbitration agreement entered into by the parties dated December 20, 2006, and having been duly sworn, the parties appearing without legal counsel and having heard the duly sworn testimony of the parties, the exhibits, proofs and allegations of the parties, including the submissions submitted by the parties, do find as follows:

The Claimants' position is that no useable work product was produced by O'Brien and Respondent's position is that it engaged in the process of gathering bids prior to construction for which it should be compensated, despite the fact that no construction commenced.

1. The Construction Management Agreement dated December 20, 2006 specifically states that Robert J. O'Brien was to provide for the "supervision of construction" of a "new home to be built on Owner's property." Nothing contained in the Agreement provides for compensation for pre-construction services.

2. It further states that "Work under this contract shall begin within 30 business days after Owner has given G.C. notice they have been approved for construction permit, financing to complete said project, and payment of the initial deposit equal to 10% of the projected G.C. fee." The testimony and documentary evidence presented by Claimants clearly indicate that Claimants met these conditions. The testimony and documentary evidence presented by the parties is uncontradicted that construction was not commenced with the foregoing 30 day period.

3. Further, the documentary evidence presented by Claimants show that despite telephone calls to O'Brien on May 4 and May 7, 2007 by Claimants and a written Notice pursuant to Section 15.1 of the agreement on May 14, 2007, O'Brien failed to respond in any manner.

4. On May 21, 2007 in accordance with the terms of the Agreement, Claimants sent their Notice of Termination to O'Brien which was then followed up by

574515/C/1

# EXHIBIT 3

Claimants' letter of May 29, 2007 requesting a return of the deposit of $8400 due to the failure of O'Brien to commence work within the time period specified in the Agreement. The evidence presented shows that the Notice of Termination was not responded to by O'Brien either verbally or in writing.

5. On June 13, 2007, Counsel for Claimants sent a further demand letter to O'Brien which was not responded to by O'Brien.

6. The sworn testimony of the parties further indicated the following:

   A. William Farrell the designated Project Manager had no substantive experience in construction having devoted 25 years in the automobile business and his only construction experience was his personal home and a "high end" residential garage.

   B. O'Brien furnished no time records or other reliable evidence to support his claim relating to the amount of time devoted to the bidding process.

   C. There was no objection by or communication from O'Brien that Claimants in any failed to perform their contractual obligations in a timely manner.

   D. O'Brien conceded that he failed to respond in any manner to the various notices from Claimants' demands. See testimony of O'Brien p.54, lines 15-21, p.58, lines 17-24, p.59 lines 20-24, p. 60, lines 1-24.

7. Based upon the record, the submissions of O'Brien, the testimony of Eric O'Brien, Robert O'Brien and William Farrell, the Respondent has failed to sustain its burden of proof with regard to the defenses raised by it.

8. I further find that Respondent breached its contract with Claimants.

Therefore I hereby AWARD as follows:

A. To Jeffery Hoswell and Jane Blake-Hoswell the sum of $8,400.00, the sum initially deposited with Respondent.

B. The compensation of the Arbitrator totaling $4,800.00 including expenses of the Arbitrator and the fees of the court reporter in the amount of $726.98 shall be borne by R.J. O'Brien dba R.J. O'Brien & Associates.

Therefore, O'Brien shall pay to Jeffery Hoswell and Jane Blake-Hoswell the sum of $8,400.00 representing the return of their deposit; $2,400.00 representing their portion of the deposit for Arbitrator compensation and expenses previously advanced to the Arbitrator; and $726.98 representing the court reporter fees advanced within 30 days from the date of this Award.

      This Award is in full settlement of all claims submitted to this Arbitration. All claims not expressly granted herein are hereby denied.

Date: October 29, 2007

Signed:

_[signature]_

Stanley P. Sklar, Arbitrator

# BELL, BOYD & LLOYD LLP

FEDERAL I.D. 36-2132672
THREE FIRST NATIONAL PLAZA
70 WEST MADISON STREET, SUITE 3300
CHICAGO, ILLINOIS 60602-4207
312.372.1121 FAX 312.372.2098

1615 L STREET N.W., SUITE 1200
WASHINGTON, D.C. 20036-5610
202.466.6300 FAX 202.463.0678

American Arbitration Association
Attn: Ms. Alyson DiGiuseppe
1750 Two Galleria Tower
13455 Noel Road
Dallas, TX 75240-6636

Invoice Number    235021
Invoice Date      10/29/07
Client Number     0109299
Matter Number     00132

Re: Hoswell, Blake, R.J. O'Brien (A)

COPY

FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/22/07:

Date

| | |
|---|---|
| 08/28/07 | Telephone conference with counsel for Blake regarding email; no counsel for O'Brien - no response. |
| 09/10/07 | Review pleadings for hearing; emails to O'Brien regarding scheduled hearing date. |
| 09/12/07 | Study: review submissions and exhibits. |
| 09/14/07 | Hearing and presentation of testimony, including pre/post hearing preparation and review. |
| 10/05/07 | Review transcript in preparation for Award draft. |
| 10/09/07 | Draft final Award, study time. |

|  |  |
|---|---|
| CURRENT FEES | $4,800.00 |
| LESS PRIOR RETAINER | -4,800.00 |
| PROFESSIONAL SERVICES | 0.00 |
| TOTAL AMOUNT OF THIS INVOICE | $0.00 |

**Victoria Court Reporting Service, Inc.**
29 S. LaSalle Street, Suite 200
Chicago, IL 60603-1502
312-443-1025   Fax 312-443-1029

Job #: 070914ARMSPA
Job Date: 09/14/2007
Order Date: 09/14/2007
DB Ref#:
Date of Loss: / /
Your File #:
Your Client:

**Invoice**

Invoice #: 32978
Inv.Date: 10/08/2007
Balance: $726.98

Bill To:
Ms. Jane Blake
MacDougall & Blake, Inc.
3043 Elaine Court
Chicago, IL 60422

Action: Hoswell, Jeffrey & Jane Blake Hoswell
vs
O'Brien, Robert J.
Action #:
Rep: ARMSPA
Cert: 1766

| Item | Proceedings | Description | Amount |
|---|---|---|---|
| | Jane Blake-Hoswell | Appearance Rate - Court | $84.38 |
| | Jane Blake-Hoswell | Original & 1 Copy Report of | $442.80 |
| | Jane Blake-Hoswell | Copy of Proceedings | $199.80 |

**PAID 10/9/07**

DEPOSIT PAID
AMOUNT
CHECK #
DATE 10/
INITIAL

Comments:
Per order of arbitrator, court reporting costs to be split evenly. Original report of proceedings in condensed format and copy report of proceedings to each side ordered regular delivery. Original e-mailed to arbitrator 10/1/07 -- copies e-mailed to each side 10/1/07. THIS INVOICE REPRESENTS YOUR HALF OF THE COURT REPORTING COSTS.

Thank you for choosing Victoria Court Reporting Service, Inc.

Federal Tax I.D.: 36-3103419   Terms: Net Invoice

| | |
|---|---|
| Sub Total | $726.98 |
| Shipping | $0.00 |
| Tax | N/A |
| Total Invoice | $726.98 |
| Payment | $0.00 |
| Balance Due | $726.98 |

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Ms. Jane Blake
MacDougall & Blake, Inc.
3043 Elaine Court
Chicago, IL 60422

Deliver To:
Ms. Jane Blake
MacDougall & Blake, Inc.
3043 Elaine Court
Chicago, IL 60422

**Invoice**

**Victoria Court Reporting Service, Inc.**
29 S. LaSalle Street, Suite 200
Chicago, IL 60603-1502
312-443-1025   Fax 312-443-1029

Invoice #: 32978
Inv.Date: 10/08/2007
Balance: $726.98
Job #: 070914ARMSPA
Job Date: 09/14/2007
DB Ref#:
Date of Loss: / /
Your File #: