**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JEFFERY HOSWELL, individually and** | ) | |
| **JANE BLAKE, individually** | ) | |
| | ) | |
| **Petitioners,** | ) | **Case No. 07 C 6946** |
| **v.** | ) | |
| | ) | **Honorable Bucklo** |
| **Robert J. O'Brien, individually and d/b/a** | ) | **Magistrate Denlow** |
| **R.J. O'Brien & Associates** | ) | |
| | ) | |
| **Respondent.** | ) | |

## NOTICE OF MOTION

TO:      Robert J. O'Brien              Robert J. O'Brien
            Robert J. O'Brien & Associates   4605 W. 95th Street
            7601 S. Kostner Avenue        Oak Lawn, Illinois 60453
            Suite 203
            Chicago, Illinois 60652

      **PLEASE TAKE NOTICE** that on **Tuesday, December 18, 2007 at 9:30 AM**, I shall appear before the Honorable Elaine E. Bucklo in Courtroom 1441 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Petitioners' Amended Petition to Confirm Arbitration Award,** a copy of which is hereby served upon you.

                        By:___***s/Maureen A. Beck***_____
                           One of their Attorneys

                         Maureen A. Beck, ARDC #06274541
                         COMAN & ANDERSON, P.C.
                         2525 Cabot Drive, Suite 300
                         Lisle, Illinois 60532
                         (630) 428-2660
                         mbeck@comananderson.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **NOTICE OF AMENDED PETITION TO CONFIRM ARBITRATION AWARD** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 12th day of December, 2007:

**N/A**

The undersigned**,** an attorney, also certifies that she will cause a copy of the foregoing **NOTICE OF AMENDED PETITION TO CONFIRM ARBITRATION AWARD** to be served on the following Non-Participant by delivering same via First Class Mail on this 12th day of December, 2007:

Robert J. O'Brien
Robert J. O'Brien & Associates
7601 S. Kostner Avenue
Suite 203
Chicago, Illinois 60652

Robert J. O'Brien
4605 W. 95th Street
Oak Lawn, Illinois 60453

The undersigned**,** an attorney, also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **NOTICE OF AMENDED PETITION TO CONFIRM ARBITRATION AWARD** will be delivered to Chambers via Overnight Delivery this 12th day of December, 2007:

Honorable JudgeBucklo
United States District Court
219 South Dearborn Street
Room 1438
Chicago, Illinois 60604

*s/ Maureen A. Beck*