UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jeffery Hoswell, et al.
      Plaintiff,

v.             Case No.: 1:07−cv−06946
              Honorable Elaine E. Bucklo

Robert J O'Brien
      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 18, 2007:

  MINUTE entry before Judge Elaine E. Bucklo :Petitioners' petition to confirm arbitration award heard on 12/18/08 and the motion is granted.Judgment is entered in favor of petioners and against respondent Robert J. OBrien, individually and d/b/a R.J. OBrien & Associates. The petitioners Jeffery Hoswell and Jane Blake are awarded the sum of $11,526.98 plus $2,726.50 for fees and costs. See Order for details.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.