UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY HOSWELL, individually and<br>JANE BLAKE, individually<br><br>　　　　　　　　　Petitioners,<br>　　v.<br><br>Robert J. O'Brien, individually and d/b/a<br>R.J. O'Brien & Associates<br><br>　　　　　　　　　Respondent. | Case No.  07 CV 6946<br><br>Honorable Elaine Bucklo<br>Magistrate Morton Denlow |

### ORDER CONFIRMING ARBITRATION AWARD

THIS MATTER, coming to be heard on Petitioners' Amended Petition to Confirm Arbitration Award, Petitioners appearing by Counsel, proper notice having been given;

**IT IS HEREBY ORDERED:**

1. Petitioners' Petition is GRANTED;

2. Judgment is entered in favor of Petitioners, Jeffery Hoswell, individually ("Hoswell") and Jane Blake, individually ("Blake") (collectively "Petitioners") and against Robert J. O'Brien, individually and d/b/a R. J. O'Brien & Associates in the amount of $14, 253.48 (fourteen thousand two hundred fifty three and 48/100 dollars), said sum comprised as follows:

　　a.　Original arbitration award in the amount of $11,526.98;

　　b.　Allowable attorneys' fees in the amount of $2,376.50; and

　　c.　Allowable costs in the amount of $350.00; and

**IT IS FURTHER ORDERED:**

There is no just cause to delay enforcement or appeal of this Order.

**SO ORDERED** this ____18th___ day of December, 2007

_[signature: Elaine E. Bucklo]_

_____
Honorable Elaine Bucklo

1

2

United States District Court Judge