

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**F I L E D**

DEC 2 6 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually )<br><br>Petitioners, )<br>v. )<br>)<br>Robert J. O'Brien, individually and d/b/a )<br>R.J. O'Brien & Associates )<br>)<br>Respondents/Judgment Debtors, )<br>and )<br>Moraine Valley Community College )<br>)<br>Employer/Respondent. ) | Case No. 07 C 6946<br><br>Honorable Bucklo<br>Magistrate Denlow<br><br>Address of Employer:<br>Moraine Valley Community College<br>Office of Human Resources l-167<br>9000 W. College Parkway<br>Palos Hills, IL 60465-0937 |

### WAGE DEDUCTION NOTICE

**Judgment Debtors/ Debtors' Attorney**
Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**Judgment Creditor/Creditor's Attorney**
Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**Judgment in the amount of $14,253.48.**

Employer: **Moraine Valley Community College** located at **9000 W. College Parkway, Palos Hills, IL 60465-0937.**

### NOTICE

The Court shall be asked to issue a wage deduction summons against the employer named above for wages due or about to become due to you. The wage deduction summons may be issued on the basis of a judgment against you in favor of the judgment creditor in the amount stated above.

The amount of wages that may be deducted is limited by federal and Illinois law.

(1) Under Illinois law, the amount of wages that may be deducted is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the Federal <u>minimum</u> hourly wage.

(2) Under federal law, the amount of wages that may be deducted is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(3) Pension and retirement benefits and refunds may be claimed as exempt from wage deductions under Illinois law.

You have the right to request a hearing before the court to dispute the wage deduction because the wages are exempt. To obtain a hearing you must notify the clerk of court in person and in writing or in writing at the office of the Clerk of the United States District Court, 219 South Dearborn Street, 20th floor, Chicago, Illinois, 60604 before the summons return date or before 4:00 pm on the return date specified on the summons. The Clerk of the Court will provide a hearing date and the necessary forms that must b prepared, by you or your attorney, a copy of which must be sent to the judgment creditor and the employer, or their attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.