

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually<br><br>Petitioners,<br>v.<br><br>Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates<br><br>Respondents/Judgment Debtors,<br>and<br><br>Fifth Third Bank, N.A.<br><br>Garnishee Defendant. | Case No. 07 C 6946<br><br>Honorable Bucklo<br>Magistrate Denlow<br><br>**FILED**<br><br>DEC 2 6 2007<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## GARNISHMENT (NON-WAGE) NOTICE

**Judgment Debtors/ Debtors' Attorney**
Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**Judgment Creditor/Creditor's Attorney**
Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**Judgment in the amount of $14,253.48**

Garnishee's Address: Legal Dept., 38 Fountain Square Plaza, Mail Drop: 1M0CZQ, Cincinnati, OH 45263

### NOTICE

The court has issued a garnishment summons against the garnishee named above for money or property (other than wages) belonging to the judgment debtor or in which the judgment debtor has an interest. The garnishment summons was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above.

The amount of money or property (other than wages) that may be garnished is limited by Federal and Illinois Law. The judgment debtor has the right to assert statutory exemptions

against certain money or property of the judgment debtor which may not be used to satisfy the judgment in the amount stated above.

**PARTIAL LIST OF EXEMPTIONS**

1. Social Security
2. Public Aid Benefits
3. Up to $4,000.00 in Personal Property Including, money in Bank Accounts
4. Life Insurance Proceeds
5. Debtor Equity in Vehicle ($2,400.00)
6. Worker's Compensation Awards
7. Disability/Unemployment Compensation Benefits
8. Veterans Benefits
9. Debtor's Equity Interest in Implements, Professional Books or tools of the trade of the Debtor ($1,500.00)
10. Alimony, Support, Separate Maintenance
11. Crime Victims Awards
12. $15,000.00 for Personal Injury Award
13. Pension/Retirement Benefits (Including IRA Accounts)

You have the right to request a hearing before the court to dispute the garnishment because of claimed exemptions. To obtain a hearing you must appear in the office of the Clerk of the Court, Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, before the summons return date, or on the return date as specified on the summons. The Clerk of the Court will assign a hearing date, and provide forms which must be prepared, by you or your attorney, a copy of which must be sent to the judgment creditor, and the garnishee and/or their respective attorneys.