UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually        ) ) ) ) | |
| Petitioners,         ) ) | Case No. 07 C 6946 |
| v.         ) ) ) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates         ) ) ) ) | Magistrate Denlow |
| Respondents/Judgment Debtors, and         ) ) ) ) | |
| Fifth Third Bank, N.A.         ) ) | |
| Garnishee Defendant.         ) | |

**FILED**
DEC 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR NON-WAGE DEDUCTION SUMMONS

**MAUREEN A. BECK**, on oath states:

1. I believe garnishee, Fifth Third Bank, is indebted to the judgment debtors, Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates, other than for wages, or has in his/her possession, custody or control other property belonging to him/her or in which he/she has an interest.

2. The last known address of the judgment debtors are:

Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

I request that summons issue directed to garnishee.

_____
Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
P: (630) 428-2660
F: (630) 428-2549
mbeck@comananderson.com

Signed and sworn to before me on this 21st day of December, 2007

_____
Notary Public

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/09

## CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: Non-Attorneys must also submit a copy of the underlying judgment or a certification by the Clerk of the Court that entered the judgment with this affidavit.

I, the undersigned certify, under penalties as provided by law, to the Court that the following information is true:

1. Judgment in the above captioned case was entered on **December 18, 2007.**

2. The amount of the Judgment against **Robert J. O'Brien d/b/a R.J. O'Brien & Associates** was    $    **14,253.48.**

3. Allowable costs previously expended:
   a. Initial filing fee    $    **included.**
   b. Original & alias summons    $    .00.
   c. Filing and summons costs of prior supplementary proceedings    $    .00.

4. Filing and summons cost for this garnishment    $    40.00.

5. Interest due on Judgment    $    .00.

        TOTAL    $    14,293.48.

**DEDUCT:** Total amount paid by or on behalf of the judgment debtor prior to this garnishment    $    .00.

**BALANCE DUE JUDGMENT CREDITOR:**    $    14,293.48.

_____
Attorney for Judgment Creditor