UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually<br><br>PLAINTIFF(S)<br><br>vs.<br><br>ROBERET J. O'BRIEN, individually and d/b/a R.J. O'BRIEN & ASSOCIATES<br><br>DEFENDANT(S) | COURT DATE: 4/4/2008<br><br>Case No.<br>07 C 6946<br><br>AFFIDAVIT OF SERVICE OF:<br>WAGE DEDUCTION SUMMONS; WAGE DEDUCTION NOTICE; AFFIDAVIT FOR WAGE DEDUCTION ORDER; AFFIDAVIT FOR WAGE DEDUCTION SUMMONS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 07, 2008**, at **10:22 AM**, I served the above described documents upon **JOLIET JUNIOR COLLEGE** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **DIANE CENTNER / HR DIRECTOR**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **1215 HOUBOLT RD., JOLIET, IL 60431.**

**DESCRIPTION:**   Gender: **F**   Race: **WHITE**   Age: **50**   Hgt: **5'7"**   Wgt: **160**   Hair: **RED**   Glasses: **NO**

**COMMENTS:** Server filled in the Date of Service along with her Signature at the bottom of the Wage Deduction Summons in the presence of Diane Centner.

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 7th day of January, 2008

*[signature: Joan C. Harenberg]*

> OFFICIAL SEAL
> JOAN C HARENBERG
> NOTARY PUBLIC - STATE OF ILLINOIS
> MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

CLIENT NAME:
Investigative Research Consultants*
FILE #:

ORIGINAL PROOF OF SERVICE

TRACKING #
35739

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and <br> JANE BLAKE, individually | ) <br> ) <br> ) | |
| Petitioners, | ) | Case No. 07 C 6946 |
| v. | ) <br> ) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a <br> R.J. O'Brien & Associates | ) <br> ) <br> ) | Magistrate Denlow |
| Respondents/Judgment Debtors, <br> and <br> Joliet Junior College | ) <br> ) <br> ) <br> ) | Address of Employer: <br> Joliet Junior College <br> Office of Human Resources J1057 <br> 1215 Houbolt Road |
| Employer/Respondent. | ) | Joliet, IL 60431-8938 |

### WAGE DEDUCTION SUMMONS

To the Employer: **Joliet Junior College** located at **1215 Houbolt Road, Joliet, IL 60431-8938.**

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the clerk of this court, 219 South Dearborn Street, 20th floor, Chicago, Illinois 60604 on or before **April 4, 2008**.* However, if this summons is served on you less than 84 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 84 days after you were served with this summons.

You must not file your answer to the interrogatories sooner than 84 days after service of this summons. This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due until the expiration of your payroll period ending immediately prior to 84 days after you were served with this summons.

IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

**To the officer:** This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made this summons shall be returned so endorsed. This summons may not be served later than the above date.

Maureen A. Beck, ARDC No. 06274541     WITNESS:   Michael W. Dobbins, Clerk of the Court
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300              DATED:    **DEC 2 6 2007**
Lisle, Illinois 60532
(630) 428-2660                                     By: _Paula Harrison_
Attorney for Plaintiff                                      Deputy Clerk


Date of Service _January 7_, 200_8_ (To be inserted by officer on copy left with
employer or other person.) By: _____ (Signature of officer
or other person).
*98 to 112 days after date of issuance of this summons.