UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually<br><br>PLAINTIFF(S)<br><br>vs.<br><br>ROBERET J. O'BRIEN, individually and d/b/a R.J. O'BRIEN & ASSOCIATES<br><br>DEFENDANT(S) | COURT DATE: 4/4/2008<br><br>Case No.<br>07 C 6946<br><br>AFFIDAVIT OF SERVICE OF:<br>WAGE DEDUCTION SUMMONS; WAGE DEDUCTION NOTICE; AFFIDAVIT FOR WAGE DEDUCTION ORDER; AFFIDAVIT FOR WAGE DEDUCTION SUMMONS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jan 08, 2008**, at **11:14 AM**, I served the above described documents upon **MORAINE VALLEY COMMUNITY COLLEGE** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **PATRICIA FRAIN / HR ASSISTANT**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **9000 W. COLLEGE PARKWAY, PALOS HILLS, IL 60465.**

**DESCRIPTION:** Gender: **F**  Race: **WHITE**  Age: **50**  Hgt: **5'6"**  Wgt: **125**  Hair: **BLONDE**  Glasses: **YES**

**COMMENTS:** Server filled in the Date of Service along with her Signature at the bottom of the Wage Deduction Summons in the presence of Patricia Frain.

I declare under penalties of perjury that the information contained herein is true and correct.

*/s/ Karen Crohan*

Karen Crohan, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 8th day of January, 2008

*/s/ Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Investigative Research Consultants*<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>35740 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually         Petitioners,    v.  Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates    Respondents/Judgment Debtors,   and  Moraine Valley Community College    Employer/Respondent. | Case No. 07 C 6946  Honorable Bucklo Magistrate Denlow  Address of Employer: Moraine Valley Community College Office of Human Resources I-167 9000 W. College Parkway Palos Hills, IL 60465-0937 |

## WAGE DEDUCTION SUMMONS

To the Employer: **Moraine Valley Community College** located at 9000 W. College Parkway, Palos Hills, IL 60465-0937.

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the clerk of this court, 219 South Dearborn Street, 20th floor, Chicago, Illinois 60604 on or before **April 4, 2008**.* However, if this summons is served on you less than 84 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 84 days after you were served with this summons.

You must not file your answer to the interrogatories sooner than 84 days after service of this summons. This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due until the expiration of your payroll period ending immediately prior to 84 days after you were served with this summons.

**IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

**To the officer:** This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made this summons shall be returned so endorsed. This summons may not be served later than the above date.

Maureen A. Beck, ARDC No. 06274541      WITNESS:   Michael W. Dobbins, Clerk of the Court
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300                            DATED:      DEC 26 2007
Lisle, Illinois 60532                                              By: Paula Harrison
(630) 428-2660                                                             Deputy Clerk
Attorney for Plaintiff

Date of Service January 8, 2008 (To be inserted by officer on copy left with employer or other person.) By: _____ (Signature of officer or other person).
*98 to 112 days after date of issuance of this summons.

1. Were any wages, salary or commissions due the judgment debtor when you were served the wage deduction summons? _____
   _____ (yes or no)

2. State any facts affecting the wage deduction:
   Prior garnishment or Child Support _____
   Date of last employment _____

3. You are required by law to withhold the lesser of (1) 15% per week of the gross amount paid the employee named herein for any work week or (2) the amount by which disposable earnings of said employee for a week exceed 45 times the federal minimum hourly wage in effect at the amounts are payable. The term "disposable earnings" means that part of the earnings of any individual remaining after the deduction from those earnings of any amounts required by law to be withheld. 735 ILCS 5/12 801-819.

4. Your answer under oath is to be filed with the Clerk of the United States District Court prior to the return date on the summons, but in no event later than 4:00 PM on the return date, at the Office of the Clerk, United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. Your failure to answer may cause judgment for amount due to be entered against you as the employer/respondent. 735 ILCS 5/12 807.

5. One Pay Period equals: _____ day(s) _____ week(s) _____ month(s)

### CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING

(A) Gross Wages minus mandatory contributions to pension or retirement plans is: (A) _____

(B) METHOD 1 – 15% of (A) = (B) _____

METHOD 2

(C) Enter total FICA, State and Federal Tax and Medicare (C) _____

(D) Subtract (C) from (A) = (D) _____

(E) Enter Minimum Wage per pay period (45 X Federal minimum hourly wage per week) (E) _____

(F) Subtract (E) from (D) (F) _____

(G) Enter the lesser of line (B) or (E) (G) _____

(H) Enter Child Support or other Court Ordered Deductions (H) _____

(I) **Subtract (H) from (G) (I) _____

(J) Subtract Employer's Statutory Fee (whichever is greater, $12 or 2% the amount to be deducted (J) _____

(K) Amount to be applied to Judgment (K) _____

** Line (I) is the amount to be withheld from the employee's paycheck each period after the date of service of Summons and not disbursed until further order of Court.

### INSTRUCTIONS

1. A copy of the Answer to these Interrogatories **must** be filed with the Clerk of the United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereon.

2. Do NOT send monies to the Clerk of the Court.

### CERTIFICATION

I certify that I mailed or delivered a copy of this Answer to Judgment Debtor, Judgment Creditor or its attorney and to the Court.

Name of Employer (Agent) _____
Signature _____
Address _____
City, State, Zip _____
Telephone _____

Subscribed and Sworn before me

Date: _____

Notary Public: _____