MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JEFFERY HOSWELL, individually and JANE BLAKE, individually** | ) | |
| **Petitioners,** | ) | **Case No. 07 C 6946** |
| **v.** | ) | |
| **Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates** | ) | **Honorable Bucklo**<br>**Magistrate Denlow** |
| **Respondents/Judgment Debtors,**<br>**and**<br>**Moraine Valley Community College** | ) | **Address of Employer:**<br>**Moraine Valley Community College**<br>**Office of Human Resources I-167**<br>**9000 W. College Parkway**<br>**Palos Hills, IL 60465-0937** |
| **Employer/Respondent.** | ) | |

## WAGE DEDUCTION SUMMONS

To the Employer: **Moraine Valley Community College** located at **9000 W. College Parkway, Palos Hills, IL 60465-0937.**

**YOU ARE SUMMONED** and required to file answers to the judgment creditor's interrogatories, in the office of the clerk of this court, 219 South Dearborn Street, 20th floor, Chicago, Illinois 60604 on or before **April 4, 2008**.* However, if this summons is served on you less than 84 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 84 days after **you** were served with this summons.

You must not file your answer to the interrogatories sooner than 84 days after service of this summons. This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due until the expiration of your payroll period ending immediately prior to 84 days after you were served with this summons.

**IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

**To the officer:** This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made this summons shall be returned so endorsed. This summons may not be served later than the above date.

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
Attorney for Plaintiff

WITNESS: Michael W. Dobbins, Clerk of the Court

DATED: DEC 26 2007

By: Paula Harrison
Deputy Clerk

Date of Service _________________, 2008 (To be inserted by officer on copy left with employer or other person.) By: ________________________ (Signature of officer or other person).

*98 to 112 days after date of issuance of this summons.

1. Were any wages, salary or commissions due the judgment debtor when you were served the wage deduction summons? ______ NO ______ (yes or no)

2. State any facts affecting the wage deduction:
   Prior garnishment or Child Support ______
   Date of last employment ______ 12/21/07 ______

3. You are required by law to withhold the lesser of (1) 15% per week of the gross amount paid the employee named herein for any work week or (2) the amount by which disposable earnings of said employee for a week exceed 45 times the federal minimum hourly wage in effect at the amounts are payable. The term "disposable earnings" means that part of the earnings of any individual remaining after the deduction from those earnings of any amounts required by law to be withheld. 735 ILCS 5/12 801-819.

4. Your answer under oath is to be filed with the Clerk of the United States District Court prior to the return date on the summons, but in no event later than 4:00 PM on the return date, at the Office of the Clerk, United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. Your failure to answer may cause judgment for amount due to be entered against you as the employer/respondent. 735 ILCS 5/12 807.

FILED
2-4-2008 AC
FEB - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

5. One Pay Period equals: ______ ______ day(s) ______ week(s) ______ month(s)

**CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING**

(A) Gross Wages minus mandatory contributions to pension or retirement plans is: (A) ______

(B) METHOD 1 – 15% of (A) = (B) ______

METHOD 2

(C) Enter total FICA, State and Federal Tax and Medicare (C) ______

(D) Subtract (C) from (A) = (D) ______

(E) Enter Minimum Wage per pay period (45 X Federal minimum hourly wage per week) (E) ______

(F) Subtract (E) from (D) (F) ______

(G) Enter the lesser of line (B) or (E) (G) ______

(H) Enter Child Support or other Court Ordered Deductions (H) ______

(I) **Subtract (H) from (G) (I) ______

(J) Subtract Employer's Statutory Fee (whichever is greater, $12 or 2% the amount to be deducted (J) ______

(K) Amount to be applied to Judgment (K) ______

** Line (I) is the amount to be withheld from the employee's paycheck each period after the date of service of Summons and not disbursed until further order of Court.

**INSTRUCTIONS**

1. A copy of the Answer to these Interrogatories must be filed with the Clerk of the United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereon.

2. Do NOT send monies to the Clerk of the Court.

**CERTIFICATION**

I certify that I mailed or delivered a copy of this Answer to Judgment Debtor, Judgment Creditor or its attorney and to the Court.

Name of Employer (Agent) MORAINE VALLEY COMMUNITY COLLEGE
Signature [signature]
Address 9000 W. College Parkway
City, State, Zip Palos HIlls, IL 60465
Telephone 708/974-5693

Subscribed and Sworn before me

Date: 1/25/08

Notary Public: ______

MARK D. ANDERSON
MAUREEN A. BECK
LYNN E. CAGNEY
DANIEL G. COMAN
KEVIN M. COYNE
JAMES A. HOCHMAN*
JUDITH L. KRANJC**
JOHN A. LIPINSKY
THOMAS G. ODDO
JEFFREY R. PLATT
GEORGE S. WEEMS
* Also admitted in Wisconsin
**Also admitted in Ohio

**COMAN & ANDERSON, P.C.**
ATTORNEYS AT LAW
**2525 CABOT DRIVE**
**SUITE 300**
**LISLE, ILLINOIS 60532**
**TELEPHONE: (630) 428-2660**
**FACSIMILE: (630) 428-2549**

MAUREEN A. BECK
DIRECT DIAL: (630) 946-1668
MBECK@COMANANDERSON.COM

December 27, 2007

Moraine Valley Community College
Office of Human Resources 1-167
9000 W. College Parkway
Palos Hills, Illinois 60465

**Re: Wage Deduction Summons/ Interrogatories**
***Hoswell v. O'Brien, et. al***
**Case No. 2007 CV 6946 (USDC/ Northern District of Illinois)**
**Judgment Debtor: Robert J. O'Brien**

Dear Sir or Madam:

Enclosed herein please find the following documents regarding the above referenced matter:

1. One (1) "Wage Deduction Summons" with Wage Deduction Interrogatories;
2. One (1) "Affidavit for Wage Deduction Order";
3. Three (3) "Affidavit for Wage Deduction Summons"; and
4. One (1) "Wage Deduction Notice"; and

You are required to properly file your response to the Wage Deduction Interrogatories on or before April 4, 2008 with the Clerk of the Court (United States District Court, Northern District of Illinois). You must also provide of copy of your completed responses to me and forward a copy to Robert J. O'Brien.

Pursuant to this proceeding, you are required to withhold payment of all non-exempt wages due or those that shall become due, to Robert J. O'Brien, until further order of the Court. For these purposed, "Wages" are defined as "any hourly pay, salary, commission, bonuses or other compensation owed by employer to judgment debtor." 735 ILCS 5/12-801.

It is my understanding that the college is currently between semesters and as such, Mr. O'Brien may not currently be teaching any courses for which he is compensated. If this is the case, please provide me with the expected date of his return to teaching. If this date is prior to April 4, 2008, please make the proper notations within Mr. O'Brien's personnel file regarding this Wage Deduction proceeding so that his wages will be properly withheld when the time comes.

**If you fail to provide responses as directed, a Conditional Judgment may be entered against you for the full remaining balance of the judgment.**

Copies of these documents have been properly served on Robert J. O'Brien at his last known residential and business addresses.

Please contact me directly if you have any questions regarding the contents of this letter or the enclosures therewith.

Very truly yours,

**COMAN & ANDERSON, P.C.**

By: [signature]
Maureen A. Beck

MAB:hr

Enclosures

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| **JEFFERY HOSWELL, individually and JANE BLAKE, individually** | ) | |
| **Petitioners,** | ) | **Case No. 07 C 6946** |
| **v.** | ) | |
| | ) | **Honorable Bucklo** |
| **Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates** | ) | **Magistrate Denlow** |
| **Respondents/Judgment Debtors, and** | ) | **Address of Employer: Moraine Valley Community College** |
| **Moraine Valley Community College** | ) | **Office of Human Resources I-167** |
| | ) | **9000 W. College Parkway** |
| **Employer/Respondent.** | ) | **Palos Hills, IL 60465-0937** |

## WAGE DEDUCTION NOTICE

**Judgment Debtors/ Debtors' Attorney**
Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**Judgment Creditor/Creditor's Attorney**
Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**Judgment in the amount of $14,253.48.**

Employer: **Moraine Valley Community College** located at **9000 W. College Parkway, Palos Hills, IL 60465-0937.**

## NOTICE

The Court shall be asked to issue a wage deduction summons against the employer named above for wages due or about to become due to you. The wage deduction summons may be issued on the basis of a judgment against you in favor of the judgment creditor in the amount stated above.

The amount of wages that may be deducted is limited by federal and Illinois law.

(1) Under Illinois law, the amount of wages that may be deducted is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the Federal minimum hourly wage.

(2) Under federal law, the amount of wages that may be deducted is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(3) Pension and retirement benefits and refunds may be claimed as exempt from wage deductions under Illinois law.

You have the right to request a hearing before the court to dispute the wage deduction because the wages are exempt. To obtain a hearing you must notify the clerk of court in person and in writing or in writing at the office of the Clerk of the United States District Court, 219 South Dearborn Street, 20th floor, Chicago, Illinois, 60604 before the summons return date or before 4:00 pm on the return date specified on the summons. The Clerk of the Court will provide a hearing date and the necessary forms that must b prepared, by you or your attorney, a copy of which must be sent to the judgment creditor and the employer, or their attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JEFFERY HOSWELL, individually and JANE BLAKE, individually

Petitioners,

v.

Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates

Respondents/Judgment Debtors,

and

Moraine Valley Community College

Employer/Respondent.

Case No. 07 C 6946

Honorable Bucklo
Magistrate Denlow

Return Date: April 4, 2008

**AFFIDAVIT FOR WAGE DEDUCTION ORDER**

**Maureen A. Beck** on oath states:

1. I believe employer **Moraine Valley Community College** is indebted to the judgment debtor, Robert J. O'Brien for wages due or to become due.

2. The last known address of the judgment debtor is 4605 West 98th Street, Oak Lawn, IL 60453.

I request that a summons issue directed to the employer and I certify that a copy of the Wage Deduction Notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: [signature]

Subscribed and sworn to before me this 21st day of December, 2007.

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/09

[signature]
Notary Public

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
Attorneys for Plaintiff, Comcast of Illinois X, LLC

**CERTIFICATE OF ATTORNEY**

I, the undersigned, certify to the Court that the following information is true:

| | | |
|---|---|---|
| 1. | Judgment in the above captioned case was entered on December 18, 2007. | |
| 2. | The amount of judgment | $ 14,253.48 |
| 3. | Allowable costs previously expended: | |
| | a. Initial filing fee | $ included |
| | b. Original and Alias summons | $ included |
| | c. Filing and summons costs prior to supplementary proceedings | $ |
| 4. | Filing and summons costs for garnishment | $ 115.00 |
| 5. | Interest due on judgment | $ |
| | TOTAL | $ 14,368.48 |
| | DEDUCT: Total amount paid by or on behalf of judgment debtor prior to this garnishment | $ |
| | BALANCE DUE JUDGMENT CREDITOR | $ 14,368.48 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JEFFERY HOSWELL, individually and JANE BLAKE, individually

Petitioners,

v.

Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates

Respondents/Judgment Debtors,

and

Moraine Valley Community College

Employer/Respondent.

Case No. 07 C 6946

Honorable Bucklo
Magistrate Denlow

Return Date: April 4, 2008

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

**Maureen A. Beck**, attorney for Plaintiff, on oath states:

1. Judgment was entered in this case on December 18, 2007 in favor of the judgment creditors, Jeffery Hoswell, individually and Jane Blake, individually, and against judgment debtors Robert J. O'Brien and d/b/a R.J. O'Brien & Associates for **$14,253.48**.

2. **$0.00** has been paid on the judgment.

3. There is an unpaid on the judgment

| | |
|---|---|
| $ 14,253.48 | principle |
| $ 115.00 | costs |
| $ 0.00 | interest |
| $ 14,368.48 | TOTAL |

4. I believe employer **Moraine Valley Community College** is or will be indebted to judgment debtor for wages due or to become due.

5. The last known address of the judgment debtors are

Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE EMPLOYER.**

**I DECLARE UNDER PENALTY OR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON 12/21, 2007

Maureen A. Beck

## CERTIFICATE OF ATTORNEY

I certify that judgment was entered as stated in paragraph 1 above and that a copy of the wage deduction notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: ______________________

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**THREE (3) COPIES OF THIS AFFIDAVIT MUST BE SERVED ON THE EMPLOYER**

Answer to Interrogatories on reverse side to be filed not less than 84 days after service of summons.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JEFFERY HOSWELL, individually and JANE BLAKE, individually

Petitioners,

v.

Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates

Respondents/Judgment Debtors,

and

Moraine Valley Community College

Employer/Respondent.

Case No. 07 C 6946

Honorable Bucklo
Magistrate Denlow

Return Date: April 4, 2008

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

**Maureen A. Beck**, attorney for Plaintiff, on oath states:

1. Judgment was entered in this case on December 18, 2007 in favor of the judgment creditors, Jeffery Hoswell, individually and Jane Blake, individually, and against judgment debtors Robert J. O'Brien and d/b/a R.J. O'Brien & Associates for **$14,253.48**.

2. **$0.00** has been paid on the judgment.

3. There is an unpaid on the judgment

| | | |
|---|---|---|
| $ | 14,253.48 | principle |
| $ | 115.00 | costs |
| $ | 0.00 | interest |
| $ | 14,368.48 | **TOTAL** |

4. I believe employer **Moraine Valley Community College** is or will be indebted to judgment debtor for wages due or to become due.

5. The last known address of the judgment debtors are

Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE EMPLOYER.**

**I DECLARE UNDER PENALTY OR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON 12/21, 2007

Maureen A. Beck

## CERTIFICATE OF ATTORNEY

I certify that judgment was entered as stated in paragraph 1 above and that a copy of the wage deduction notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: ______________________

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**THREE (3) COPIES OF THIS AFFIDAVIT MUST BE SERVED ON THE EMPLOYER**

Answer to Interrogatories on reverse side to be filed not less than 84 days after service of summons.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JEFFERY HOSWELL, individually and JANE BLAKE, individually**

**Petitioners,**

**v.**

**Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates**

**Respondents/Judgment Debtors, and Moraine Valley Community College**

**Employer/Respondent.**

**Case No. 07 C 6946**

**Honorable Bucklo**
**Magistrate Denlow**

**Return Date: April 4, 2008**

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

**Maureen A. Beck**, attorney for Plaintiff, on oath states:

1. Judgment was entered in this case on December 18, 2007 in favor of the judgment creditors, Jeffery Hoswell, individually and Jane Blake, individually, and against judgment debtors Robert J. O'Brien and d/b/a R.J. O'Brien & Associates for **$14,253.48**.

2. **$0.00** has been paid on the judgment.

3. There is an unpaid on the judgment

| | |
|---|---|
| $ 14,253.48 | principle |
| $ 115.00 | costs |
| $ 0.00 | interest |
| $ 14,368.48 | TOTAL |

4. I believe employer **Moraine Valley Community College** is or will be indebted to judgment debtor for wages due or to become due.

5. The last known address of the judgment debtors are

Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE EMPLOYER.**

**I DECLARE UNDER PENALTY OR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON 12/21, 2007

Maureen A. Beck

**CERTIFICATE OF ATTORNEY**

I certify that judgment was entered as stated in paragraph 1 above and that a copy of the wage deduction notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: ______________________

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**THREE (3) COPIES OF THIS AFFIDAVIT MUST BE SERVED ON THE EMPLOYER**

Answer to Interrogatories on reverse side to be filed not less than 84 days after service of summons.