UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and<br>JANE BLAKE, individually<br><br>    Petitioners,<br>v.<br><br>Robert J. O'Brien, individually and d/b/a<br>R.J. O'Brien & Associates<br><br>    Respondents/Judgment Debtors,<br>    and<br>Veterans Leadership Program of Illinois<br><br>    Employer/Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 07 C 6946<br><br>Honorable Bucklo<br>Magistrate Denlow<br><br>Return Date: May 12, 2008 |

**FILED**

FEB 1 2 2008 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FEB 1 2 2008

### AFFIDAVIT FOR WAGE DEDUCTION ORDER

**Maureen A. Beck** on oath states:

1. I believe employer **Veterans Leadership Program of Illinois** is indebted to the judgment debtor, Robert J. O'Brien for wages due or to become due.

2. The last known address of the judgment debtor is 4605 West 98th Street, Oak Lawn, IL 60453.

I request that a summons issue directed to the employer and I certify that a copy of the Wage Deduction Notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: /s/ Maureen A. Beck

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
Attorneys for Plaintiffs

Subscribed and sworn to before me this 11th day of February, 2008.

/s/ Heather B. Rogers
Notary Public

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/09

### CERTIFICATE OF ATTORNEY

I, the undersigned, certify to the Court that the following information is true:

1. Judgment in the above captioned case was entered on December 18, 2007.
2. The amount of judgment                                                      $ 14,253.48
3. Allowable costs previously expended:
   a. Initial filing fee                                                        $ included
   b. Original and Alias summons                                                $ included
   c. Filing and summons costs prior to supplementary proceedings               $
4. Filing and summons costs for garnishment                                     $ 115.00
5. Interest due on judgment                                                     $
                                              TOTAL                             $ 14,368.48

**DEDUCT:** Total amount paid by or on behalf of judgment debtor
prior to this garnishment                                                       $
**BALANCE DUE JUDGMENT CREDITOR**                                               $ 14,368.48