UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and<br>JANE BLAKE, individually | )<br>)<br>) | |
| Petitioners, | )<br>) | Case No. 07 C 6946 |
| v. | )<br>) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a<br>R.J. O'Brien & Associates | )<br>)<br>) | Magistrate Denlow |
| Respondents/Judgment Debtors,<br>and<br>Veterans Leadership Program of Illinois | )<br>)<br>)<br>) | Return Date: May 12, 2008 |
| Employer/Respondent. | ) | |

**FILED**

FEB 1 2 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

**Maureen A. Beck**, attorney for Plaintiff, on oath states:

1. Judgment was entered in this case on December 18, 2007 in favor of the judgment creditors, Jeffery Hoswell, individually and Jane Blake, individually, and against judgment debtors Robert J. O'Brien and d/b/a R.J. O'Brien & Associates for **$14,253.48**.

2. **$0.00** has been paid on the judgment.

3. There is an unpaid on the judgment
   $ __14,253.48__ principle
   $ ____115.00__ costs
   $ _____0.00__ interest
   $ __14,368.48__ TOTAL

4. I believe employer **Veterans Leadership Program of Illinois** is or will be indebted to judgment debtor for wages due or to become due.

5. The last known address of the judgment debtors are

Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

I REQUEST THAT SUMMONS BE ISSUED AND DIRECTED TO THE EMPLOYER.

I DECLARE UNDER PENALTY OR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON _11 February_, 2008

_Maureen A. Beck_
Maureen A. Beck

## CERTIFICATE OF ATTORNEY

    I certify that judgment was entered as stated in paragraph 1 above and that a copy of the wage deduction notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: *[signature]*

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**THREE (3) COPIES OF THIS AFFIDAVIT MUST BE SERVED ON THE EMPLOYER**
Answer to attached Interrogatories to be filed not less than 84 days after service of summons.