(Rev. 11/18/93) CCG-5

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

## CITATION NOTICE

JEFFERY HOSWELL, individually
and JANE BLAKE, individually

    Judgment Creditors,

v.

ROBERT J. O'BRIEN, individually and
d/b/a R.J. O'BRIEN & ASSOCIATES

    Judgment Debtors.

Case No. 07 C 6946

Return Date: April 2, 2008

Time: 2:30 p.m.

**FILED**

FEB 1 9 2008 YM
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Judgment Debtors' last known address:**

Robert J. O'Brien individually & d/b/a R.J. O'Brien &
Associates
4605 West 98th Street
Oak Lawn, IL 60453

**Judgment Creditors/Creditors' Attorney:**

Maureen A. Beck, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

Judgment in the amount of $ 14,253.48

Name of person receiving citation: **Robert J. O'Brien**

NOTICE: The court has issued a citation against the person named above. The citation directs that person to appear to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging the judgment debtor or in which the judgment debtor has an interest. The citation was issued on the basis of a judgment against the judgment debtor in favor of the judgment creditor in the amount stated above. On or after the court date shown above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law.
THE JUDGMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor.
(2) Social Security and SSI benefits;
(3) Public assistance benefits;
(4) Unemployment compensation benefits;
(5) Worker's compensation benefits;
(6) Veteran's benefits;
(7) Circuit breaker property tax relief benefits;
(8) The debtor's equity interest not to exceed $750 in value, in any implements professional books, or tools of the trade of the debtor.
(9) Under Illinois law every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(OVER)

(11/18/93) CCG-0648

(10) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lessor of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(11) Under federal law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 25% of disposable earning for a week exceed 30 times the federal minimum hourly wage.

(12) Pension and retirement benefits and refunds may be claimed as exempt under Illinois Law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying counsel for Plaintiffs/Judgment Creditors, Maureen A. Beck, Esq., Coman & Anderson, P.C., 2525 Cabot Drive, Suite 300, Lisle, IL 60532, in writing. When so notified, counsel for Plaintiffs/Judgment Creditors will provide a hearing date and the necessary forms that must be prepared by the judgment debtor or the judgment debtor's attorney and sent to the judgment creditor regarding the time and location of the hearing.

<u>This notice may be sent by regular first class mail</u>.

**CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**