## United States District Court
## Northern District of Illinois

| | |
|---|---|
| Jeffery Hoswell, and Jane Blake,<br>    Plaintiff,<br><br>Vs.<br>Robert J. O'Brien, individually and d/b/a<br>R.J. O'Brien & Associates,<br>    Defendants, | )<br>)<br>)   Case #: 07 C 6946<br>)<br>)<br>)<br>) |

### Affidavit of Service

**Type of Papers served:**  Wage Deduction Summons, Wage Deduction Notice, Affidavit For Wage Deduction Summons, and Affidavit for Wage Deduction Order

**Service directed to:**  Veterans Leadership Program

**Papers served Upon:**  Robert J. O'Brien

**Description of Recipient:**

    M/F:    Male

    Age:    50

    Height:    5' 10"

    Hair:    Short, light brown in color.

I, *Luke Netzel*, on oath state that I am over 18 years of age and I am not a party to this case.

I served the above listed papers upon **Robert J. O'Brien**, who willfully accepted service as an agent of the company Veterans Leadership Program. I further notified the subject of the contents of the **Wage Deduction Summons, Wage Deduction Notice, Affidavit For Wage Deduction Summons, and Affidavit for Wage Deduction Order.**

**Place of service:**  7601 S. Kostner, Suite 202
    Chicago, IL 60652

**Date of service:**  February 15th, 2008
**Time of service:**  3:54 p.m.

I, Luke Netzel swear to the above affidavit as being true and correct.

_____    2-18-08
Process Server    Date
Agency ID #: 117-000968

_____    2-18-08
Notary Public    Date

"OFFICIAL SEAL"
THOMAS E KOPECKY
COMMISSION EXPIRES 11/27/10

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually ) ) ) | |
| Petitioners, ) | Case No. 07 C 6946 |
| v. ) ) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a ) R.J. O'Brien & Associates ) ) | Magistrate Denlow |
| Respondents/Judgment Debtors. ) and ) Veterans Leadership Program of Illinois ) ) | Address of Employer: Veterans Leadership Program Attn: Bill Gainer 7601 South Kostner # 202 |
| Employer/Respondent. ) | Chicago, IL 60652 |

## WAGE DEDUCTION SUMMONS

To the Employer: Veterans Leadership Program of Illinois located at 7601 South Kostner #202, Chicago, IL 60652·

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the clerk of this court, 219 South Dearborn Street, 20th floor, Chicago, Illinois 60604 on or before **May 12, 2008**.* However, if this summons is served on you less than 84 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 84 days after you were served with this summons.

You must not file your answer to the interrogatories sooner than 84 days after service of this summons. This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due until the expiration of your payroll period ending immediately prior to 84 days after you were served with this summons.

IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

To the officer: This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made this summons shall be returned so endorsed. This summons may not be served later than the above date.

Maureen A. Beck, ARDC No. 06274541    WITNESS:  Michael W. Dobbins, Clerk of the Court
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300            DATED:    FEB 1 2 2008
Lisle, Illinois 60532                            By: _Yvette Montanez_
(630) 428-2660                                      Deputy Clerk
Attorney for Plaintiff

Date of Service _2/6/08_____, 2008. (To be inserted by officer on copy left with employer or other person.) By: _____(Signature of officer or other person).
*98 to 112 days after date of issuance of this summons.

# INTERROGATORIES

1. Were any wages, salary or commissions due the judgment debtor when you were served the wage deduction summons? _____
   _____(yes or no)

2. *State any facts affecting the wage deduction:*
   Prior garnishment or Child Support _____
   Date of last employment _____

3. You are required by law to withhold the lesser of (1) 15% per week of the gross amount paid the employee named herein for any work week or (2) the amount by which disposable earnings of said employee for a week exceed 45 times the federal minimum hourly wage in effect at the amounts are payable. The term "disposable earnings" means that part of the earnings of any individual remaining after the deduction from those earnings of any amounts required by law to be withheld. 735 ILCS 5/12 801-819.

4. Your answer under oath is to be filed with the Clerk of the United States District Court prior to the return date on the summons, but in no event later than 4:00 PM on the return date, at the Office of the Clerk, United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. Your failure to answer may cause judgment for amount due to be entered against you as the employer/respondent. 735 ILCS 5/12 807.

5. One Pay Period equals: _____ day(s) _____ week(s) _____ month(s)

## CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING

(A) Gross Wages minus mandatory contributions to pension or retirement plans is:  (A) _____

(B) METHOD 1 – 15% of (A) =  (B) _____

METHOD 2

   (C) Enter total FICA, State and Federal Tax and Medicare  (C) _____

   (D) Subtract (C) from (A) =  (D) _____

   (E) Enter Minimum Wage per pay period (45 X Federal minimum hourly wage per week)  (E) _____

(F) Subtract (E) from (D)  (F) _____

(G) Enter the lesser of line (B) or (E)  (G) _____

(H) Enter Child Support or other Court Ordered Deductions  (H) _____

(I) **Subtract (H) from (G)  (I) _____

(J) Subtract Employer's Statutory Fee (whichever is greater, $12 or 2% the amount to be deducted  (J) _____

(K) Amount to be applied to Judgment  (K) _____

** Line (I) is the amount to be withheld from the employee's paycheck each period after the date of service of Summons and not disbursed until further order of Court.

## INSTRUCTIONS

1. A copy of the Answer to these Interrogatories **must** be filed with the Clerk of the United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereon.

2. Do NOT send monies to the Clerk of the Court.

## CERTIFICATION

I certify that I mailed or delivered a copy of this Answer to Judgment Debtor, Judgment Creditor or its attorney and to the Court.

Name of Employer (Agent) _____    Subscribed and Sworn before me
Signature _____
Address _____    Date: _____
City, State, Zip _____
Telephone _____    Notary Public: _____