UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB 2 8 2008  PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually <br><br> Petitioners, <br> v. <br><br> Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates, <br><br> Respondents/Judgment Debtors, <br> and <br> Joliet Junior College <br><br> Employer/Respondent. | Case No. 07 C 6946 <br><br> Honorable Bucklo <br> Magistrate Denlow <br><br> FEB 28 2008 <br><br> Address of Employer: <br> Joliet Junior College <br> Office of Human Resources J1057 <br> 1215 Houbolt Road <br> Joliet, IL 60431-8938 |

## WAGE DEDUCTION SUMMONS

To the Employer: **Joliet Junior College** located at 1215 Houbolt Road, Joliet, IL 60431-8938.

**YOU ARE SUMMONED** and required to file answers to the judgment creditor's interrogatories, in the office of the clerk of this court, 219 South Dearborn Street, 20th floor, Chicago, Illinois 60604 on or before **April 4, 2008**.* However, if this summons is served on you less than 84 days before that date, you must file answers to the interrogatories on or before a new return date, to be set by the court, not less than 84 days after you were served with this summons.

You must not file your answer to the interrogatories sooner than 84 days after service of this summons. This proceeding applies to non-exempt wages due at the time you were served with this summons and to wages which become due until the expiration of your payroll period ending immediately prior to 84 days after you were served with this summons.

**IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

**To the officer:** This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made this summons shall be returned so endorsed. This summons may not be served later than the above date.

Maureen A. Beck, ARDC No. 06274541       WITNESS:   Michael W. Dobbins, Clerk of the Court
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300                         DATED:   **DEC 26 2007**
Lisle, Illinois 60532                                          By:  *Paula Harrison*
(630) 428-2660                                                        Deputy Clerk
Attorney for Plaintiff



*98 to 112 days after date of issuance of this summons.

1. Were any wages, salary or commissions due the judgment debtor when you were served the wage deduction summons? _____
   _____NO_____ (yes or no)

2. State any facts affecting the wage deduction:
   Prior garnishment or Child Support _____
   Date of last employment __NOT EMPLOYED AT JJC__

3. You are required by law to withhold the lesser of (1) 15% per week of the gross amount paid the employee named herein for any work week or (2) the amount by which disposable earnings of said employee for a week exceed 45 times the federal minimum hourly wage in effect at the amounts are payable. The term "disposable earnings" means that part of the earnings of any individual remaining after the deduction from those earnings of any amounts required by law to be withheld. 735 ILCS 5/12 801-819.

4. Your answer under oath is to be filed with the Clerk of the United States District Court prior to the return date on the summons, but in no event later than 4:00 PM on the return date, at the Office of the Clerk, United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. Your failure to answer may cause judgment for amount due to be entered against you as the employer/respondent. 735 ILCS 5/12 807.

5. One Pay Period equals: _____ day(s) _____ week(s) _____ month(s)

### CALCULATION TO DETERMINE AMOUNT OF WITHHOLDING

(A) Gross Wages minus mandatory contributions to pension or retirement plans is: (A) _____

(B) METHOD 1 – 15% of (A) = (B) _____

METHOD 2

(C) Enter total FICA, State and Federal Tax and Medicare (C) _____

(D) Subtract (C) from (A) = (D) _____

(E) Enter Minimum Wage per pay period (45 X Federal minimum hourly wage per week) (E) _____

(F) Subtract (E) from (D) (F) _____

(G) Enter the lesser of line (B) or (E) (G) _____

(H) Enter Child Support or other Court Ordered Deductions (H) _____

(I) **Subtract (H) from (G) (I) _____

(J) Subtract Employer's Statutory Fee (whichever is greater, $12 or 2% the amount to be deducted (J) _____

(K) Amount to be applied to Judgment (K) __0__

** Line (I) is the amount to be withheld from the employee's paycheck each period after the date of service of Summons and not disbursed until further order of Court.

### INSTRUCTIONS

1. A copy of the Answer to these Interrogatories must be filed with the Clerk of the United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereon.

2. Do NOT send monies to the Clerk of the Court.

### CERTIFICATION

I certify that I mailed or delivered a copy of this Answer to Judgment Debtor, Judgment Creditor or its attorney and to the Court.

Name of Employer (Agent): __JOLIET JUNIOR COLLEGE__    Subscribed and Sworn before me
Signature: __Christy L. Wren__
Address: __1215 Houbolt Rd__    Date: __2/26/08__
City, State, Zip: __Joliet IL 60431__
Telephone: __815-729-9020__    Notary Public: _____

OFFICIAL SEAL
DIANE M CENTNER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/12/08

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

**DEC 26 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually      Petitioners,      v.   Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates      Respondents/Judgment Debtors, and Joliet Junior College      Employer/Respondent. | Case No. 07 C 6946   Honorable Bucklo Magistrate Denlow   Return Date: April 4, 2008 |

### AFFIDAVIT FOR WAGE DEDUCTION ORDER

**Maureen A. Beck** on oath states:

1. I believe employer **Joliet Junior College** is indebted to the judgment debtor, Robert J. O'Brien for wages due or to become due.

2. The last known address of the judgment debtor is 4605 West 98th Street, Oak Lawn, IL 60453.

I request that a summons issue directed to the employer and I certify that a copy of the Wage Deduction Notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: _____

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
Attorneys for Plaintiff, Comcast of Illinois X, LLC

Subscribed and sworn to before me this 21st day of December, 2007.

_____
Notary Public

[OFFICIAL SEAL — HEATHER B ROGERS — NOTARY PUBLIC - STATE OF ILLINOIS — COMMISSION EXPIRES:07/15/09]

### CERTIFICATE OF ATTORNEY

I, the undersigned, certify to the Court that the following information is true:

1. Judgment in the above captioned case was entered on December 18, 2007.
2. The amount of judgment                                                           $ 14,253.48
3. Allowable costs previously expended:
   a. Initial filing fee                                                                       $ included
   b. Original and Alias summons                                                 $ included
   c. Filing and summons costs prior to supplementary proceedings  $ _____
4. Filing and summons costs for garnishment                                $ 115.00
5. Interest due on judgment                                                         $ _____
                                                          TOTAL              $ 14,368.48

**DEDUCT:** Total amount paid by or on behalf of judgment debtor
prior to this garnishment                                                               $ _____
**BALANCE DUE JUDGMENT CREDITOR**                           $ 14,368.48

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

**DEC 26 2007**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually ) ) ) Petitioners, ) ) v. ) ) Robert J. O'Brien, individually and d/b/a ) R.J. O'Brien & Associates ) ) Respondents/Judgment Debtors, ) and ) Joliet Junior College ) ) Employer/Respondent. ) | Case No. 07 C 6946  Honorable Bucklo Magistrate Denlow  Return Date: April 4, 2008 |

### AFFIDAVIT FOR WAGE DEDUCTION SUMMONS

Maureen A. Beck, attorney for Plaintiff, on oath states:

1. Judgment was entered in this case on December 18, 2007 in favor of the judgment creditors, Jeffery Hoswell, individually and Jane Blake, individually, and against judgment debtors Robert J. O'Brien and d/b/a R.J. O'Brien & Associates for **$14,253.48**.

2. **$0.00** has been paid on the judgment.

3. There is an unpaid on the judgment
   $ 14,253.48        principle
   $    115.00        costs
   $      0.00        interest
   $ 14,368.48        TOTAL

4. I believe employer **Joliet Junior College** is or will be indebted to judgment debtor for wages due or to become due.

5. The last known address of the judgment debtors are

Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE EMPLOYER.

I DECLARE UNDER PENALTY OR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON 12/21, 2007

_____
Maureen A. Beck

## CERTIFICATE OF ATTORNEY

I certify that judgment was entered as stated in paragraph 1 above and that a copy of the wage deduction notice was mailed to the judgment debtor at his last known address prior to the filing of this wage deduction proceeding.

By: _/s/ Maureen A. Beck_

Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

**THREE (3) COPIES OF THIS AFFIDAVIT MUST BE SERVED ON THE EMPLOYER**
Answer to Interrogatories on reverse side to be filed not less than 84 days after service of summons.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

DEC 26 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually )<br><br>Petitioners, )<br>v. )<br><br>Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates )<br><br>Respondents/Judgment Debtors, )<br>and )<br>Joliet Junior College )<br><br>Employer/Respondent. ) | Case No. 07 C 6946<br><br>Honorable Bucklo<br>Magistrate Denlow<br><br>Address of Employer:<br>Joliet Junior College<br>Office of Human Resources J1057<br>1215 Houbolt Road<br>Joliet, IL 60431-8938 |

### WAGE DEDUCTION NOTICE

**Judgment Debtors/ Debtors' Attorney**
Robert J. O'Brien, individually
4605 West 98th Street
Oak Lawn, IL 60453

Robert J. O'Brien d/b/a R.J. O'Brien & Associates
7601 S. Kostner Ave., Suite 203
Chicago, IL 60652

**Judgment Creditor/Creditor's Attorney**
Maureen A. Beck, ARDC No. 06274541
Coman & Anderson, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660

Judgment in the amount of **$14,253.48.**

Employer: **Joliet Junior College** located at **1215 Houbolt Road, Joliet, IL 60431-8938.**

### NOTICE

The Court shall be asked to issue a wage deduction summons against the employer named above for wages due or about to become due to you. The wage deduction summons may be issued on the basis of a judgment against you in favor of the judgment creditor in the amount stated above.

The amount of wages that may be deducted is limited by federal and Illinois law.

(1) Under Illinois law, the amount of wages that may be deducted is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the Federal <u>minimum</u> hourly wage.

(2) Under federal law, the amount of wages that may be deducted is limited to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(3) Pension and retirement benefits and refunds may be claimed as exempt from wage deductions under Illinois law.

You have the right to request a hearing before the court to dispute the wage deduction because the wages are exempt. To obtain a hearing you must notify the clerk of court in person and in writing or in writing at the office of the Clerk of the United States District Court, 219 South Dearborn Street, 20th floor, Chicago, Illinois, 60604 before the summons return date or before 4:00 pm on the return date specified on the summons. The Clerk of the Court will provide a hearing date and the necessary forms that must b prepared, by you or your attorney, a copy of which must be sent to the judgment creditor and the employer, or their attorney regarding the time and location of the hearing. This notice may be sent by regular first class mail.