UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and <br> JANE BLAKE, individually | ) <br> ) <br> ) | |
| Petitioners, | ) | Case No. 07 C 6946 |
| v. | ) <br> ) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a <br> R.J. O'Brien & Associates | ) <br> ) <br> ) | Magistrate Denlow |
| Respondents/Judgment Debtors, <br> and | ) <br> ) <br> ) | |
| Fifth Third Bank, N.A. | ) | |
| Garnishee Defendant. | ) | |

## MOTION FOR TURNOVER ORDER

**NOW COME** the Petitioners, JEFFREY HOSWELL, individually and JANE BLAKE individually ("Petitioners") by and through its attorneys, Coman & Anderson, PC, and respectfully requests that this Court enter an Order of Turnover (in the form attached hereto) directed to Fifth Third Bank, N.A. pursuant to Plaintiff's properly filed Non-Wage Garnishment Proceedings. In support of this Motion, Plaintiff states as follows:

1. On December 18, 2007, a judgment was entered against defendants Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates (hereinafter "O'BRIEN") in the amount of $14,253.48. See D.E. 8.

2. On or about December 26, 2007, Plaintiff issued a Non-Wage Deduction Summons on Fifth Third Bank, N.A.

3. On or about February 1, 2008, Fifth Third Bank, N.A. properly answered the Non-Wage Deduction Interrogatories, identifying a total of $1,874.43 in accounts belonging to O'BRIEN. A copy of Fifth Third Bank's Answer is attached hereto as Exhibit 1.

**WHEREFORE**, Petitioners, JEFFREY HOSWELL, individually and JANE BLAKE individually, respectfully request that this Court enter an Order directing Fifth Third Bank, N.A. to:

(a) Immediately turnover the greater of $1,874.43 (one thousand eight hundred seventy four dollars and 43/100 cents) or the current sum total balance of the accounts identified as belonging to Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates in Fifth Third Bank's February 1, 2008 Answer..

Respectfully submitted,

JEFFERY HOSWELL and JANE BLAKE

By:  *s/Maureen A. Beck*
         One of their Attorneys

Maureen A. Beck, ARDC #06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
mbeck@comananderson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a copy of the foregoing **Motion for Turnover Order** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 6th day of March, 2008:

**N/A**

The undersigned also certifies that she caused a copy of the foregoing **Motion for Turnover Order** to be served on the following Non-Participant by delivering same via first class mail on this 6th day of March, 2008:

Robert J. O'Brien
Robert J. O'Brien & Associates
7601 S. Kostner Avenue
Suite 203
Chicago, Illinois 60652

Robert J. O'Brien
4605 W. 95th Street
Oak Lawn, Illinois 60453

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **Motion for Turnover Order** was sent via overnight delivery on this 6th day of March, 2008:

Honorable Judge Bucklo
United States District Court
219 South Dearborn Street
Room 1438
Chicago, Illinois 60604

*s/ Maureen A. Beck*
Maureen A. Beck