UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
FEB 0 1 2008
BY: 1356632

| | |
|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually<br><br>Petitioners,<br><br>v.<br><br>Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates<br><br>Respondents/Judgment Debtors,<br><br>and<br><br>Fifth Third Bank, N.A.<br><br>Garnishee Defendant. | Case No. 07 C 6946<br><br>Honorable Bucklo<br>Magistrate Denlow |

## GARNISHMENT SUMMONS (NON-WAGE)

Garnishee Defendant: Fifth Third Bank, N.A. located at Legal Dept., 38 Fountain Square Plaza, Mail Drop: 1M0CZQ, Cincinnati, OH 45263

YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the clerk of this court, 219 South Dearborn Street, 20th floor, Chicago, Illinois 60604 on or before **January 21, 2008**. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after the return date stated above.

IF YOU FAIL TO ANSWER, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.

To the officer: This summons must be returned by the officer or other person to whom it was given for service, and certified that within 2 business days of service upon the garnishee, the officer or other person has mailed, by first class mail, a copy of the Garnishment Notice and Summons, to the Judgment Debtor, at the address indicated above with endorsement of service and fees. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than the above date.

Maureen A. Beck  
ARDC No. 06274541  
COMAN & ANDERSON, P.C.  
2525 Cabot Drive, Suite 300  
Lisle, Illinois 60532  
(630) 428-2660  
Attorney for Judgment Creditors

WITNESS: Michael W. Dobbins, Clerk of the Court

DATED: DEC 26 2007

By: _Paula Hadtmann_  
Deputy Clerk

# EXHIBIT 1

INTERROGATORIES TO GARNISHEE/RESPONDENT

Case No. 2007 CV 6946

Interrogatory - At the time of service of the garnishment summons, did you have in your custody or control any personal property or monies belonging to the judgment debtor? ☐ yes ☐ no

ANSWER

I, __5/3 Bank__ , certify under penalty of perjury that with regard to the
   Agent of Garnishee
property of the judgment debtor, the Garnishee/Respondent files the following answer to this Garnishment and on day of service of Garnishment Summons had possession of the following property of the judgment debtor:

Circle one or more of the following and indicate the amount held:
A) Savings Account (Amount withheld) $ _____
B) Checking and/or Now Account (Amount withheld) $ 7553341 $1866.04 / 7233438978 $8.39
C) Certificate of Deposit (Amount held) $ _____
D) Money Market Account (Amount held) $ _____
E) Trust Account (Amount held) $ _____
F) Safety Deposit Box $ _____
G) Adverse Claimant: Name _____ Address _____
H) Other Personal Property (Describe) _____

Sub Total __1874.43__

Less right of offset for other loans _____
Less deduction for fees limited by
205 ILCS 5/48.1 (g) _____     Total __1874.43__

According to the business records kept by the Garnishee/Respondent, we show the above accounts to be held in the name(s) of others in addition to the defendant. Their name(s) and address(es) are as follows:

Garnishee/Agent

Name(s) __Lanita Clay__

FIFTH THIRD BANK
5050 KINGSLEY DR.
CINCINNATI, OHIO 45263
MAILDROP: 1MOC2Q C/C 3723

Address _____
City/State/Zip _____
and we show all funds held as of __2/1/08__ .
   (as of date of service of Garn. Summons)

The agent of the garnishee certifies under penalties as provided by law pursuant to _____ that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

A copy of the answer to these interrogatories must be filed with the Clerk of the District Court _____

located at __Dirksen Federal Building, 219 South Dearborn St., 20th Fl., Chicago, IL 60604__ .
            (Street)                        (City)                         (Zip)

(In addition, a copy must be sent to the Judgment creditor's representative, whose name appears on the reverse side.)

Agent for Garnishee/Respondent