UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and<br>JANE BLAKE, individually | )<br>)<br>) | |
| Petitioners, | ) | Case No. 07 C 6946 |
| v. | )<br>) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a<br>R.J. O'Brien & Associates | )<br>)<br>) | Magistrate Denlow |
| Respondent. | ) | |

### NOTICE OF MOTION

TO:     Robert J. O'Brien                         Robert J. O'Brien
        Robert J. O'Brien & Associates            4605 W. 95th Street
        7601 S. Kostner Avenue                    Oak Lawn, Illinois 60453
        Suite 203
        Chicago, Illinois 60652

**PLEASE TAKE NOTICE** that on **Thursday, March 13, 2008 at 9:30 AM**, I shall appear before the Honorable Elaine E. Bucklo in Courtroom 1441 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Motion for Turnover Order,** a copy of which is hereby served upon you.

Respectfully submitted,

**JEFFERY HOSWELL and JANE BLAKE**

By:   *s/Maureen A. Beck*
         One of their Attorneys

Maureen A. Beck, ARDC #06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
mbeck@comananderson.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a copy of the foregoing **Notice and Motion for Turnover Order** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 6th day of March, 2008:

**N/A**

The undersigned also certifies that she caused a copy of the foregoing **Notice and Motion for Turnover Order** to be served on the following Non-Participant by delivering same via first class mail on this 6th day of March, 2008:

Robert J. O'Brien
Robert J. O'Brien & Associates
7601 S. Kostner Avenue
Suite 203
Chicago, Illinois 60652

Robert J. O'Brien
4605 W. 95th Street
Oak Lawn, Illinois 60453

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **Notice and Motion for Turnover Order** was sent via overnight delivery on this 6th day of March, 2008:

Honorable Judge Bucklo
United States District Court
219 South Dearborn Street
Room 1438
Chicago, Illinois 60604

                                    *s/ Maureen A. Beck*
                                    Maureen A. Beck