## In The Circuit Court Of United States District Court
## Northern District of Illinois

Jeffery Hoswell, and Jane Blake, )
    Plaintiff, )
Vs. )     Case #: 07 C 6946
Robert J. O'Brien, and )
d/b/a R.J. O'Brien & Associates, )
    Defendants, )

### Affidavit of Service

Type of Papers served:     Citation Notice and Citation To Discover Assets

Service directed to:     Robert J. O'Brien & Associates

Papers served Upon:     *Robert O'Brien*

Description of Recipient:
    M/F:     *Male / Caucasian*

    Age:     *55*

    Height:     *5'-10"   240 lbs*

    Hair:     *Grey*, in color.

I, *Michael M. Lazzo* on oath state that I am over 18 years of age and I am not a party to this case.

I served the above listed papers upon *Robert O'Brien*, who was authorized to accept service as an agent of Robert J. O'brien & Associates. I further notified the recipient of the contents of the Citation Notice and Citation To Discover Assets.

Place of service:     7601 S. Kostner, Suite 202, Chicago, IL 60652

Date of service:     *2-28-08*

Time of service:     *4:05 p.m.*

I, *Michael M. Lazzo* swear to the above affidavit as being true and correct.

*[signature]*
Process Server
License #: 117-000968

Date: *2-29-08*

*[signature]*
Notary Public

Date: *2-29-08*

```
"OFFICIAL SEAL"
MICHELLE YANOFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 6/2/2010
```

## In The Circuit Court Of United States District Court
## Northern District of Illinois

| | |
|---|---|
| Jeffery Hoswell, and Jane Blake,<br>  Plaintiff,<br>Vs.<br>Robert J. O'Brien, and d/b/a<br>R.J. O'Brien & Associates,<br>  Defendants, | )<br>)<br>)  Case #: 07 C 6946<br>)<br>)<br>) |

### Affidavit of Service

**Type of Papers served:** Citation Notice and Citation To Discover Assets

**Service directed to:** Robert J. O'Brien

**Papers served Upon:** _Robert O'Brien_

**Description of Recipient:**
  M/F: _Male / Caucasian_
  Age: _55_
  Height: _5'-10"   240 lbs_
  Hair: _grey_, in color.

I, _Michael Milazzo_, on oath state that I am over 18 years of age and I am not a party to this case.

I served the above listed papers upon _Robert O'Brien_. I further notified the recipient of the contents of the Citation Notice and Citation To Discover Assets.

**Place of service:** 7601 S. Kostner, Suite 202, Chicago, IL 60652

**Date of service:** _2-28-08_

**Time of service:** _4:05 p.m._

I, _Michael Milazzo_ swear to the above affidavit as being true and correct.

_[signature]_                    _2-29-08_
Process Server                    Date
License #: 117-000968

_[signature] Michelle Yanoff_    _2-29-08_
Notary Public                     Date

```
"OFFICIAL SEAL"
MICHELLE YANOFF
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 5/2/2010
```

(Rev. 11/18/93) CCG-5

## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JEFFERY HOSWELL, individually
and JANE BLAKE, individually
      Judgment Creditors,
v.
ROBERT J. O'BRIEN, individually and
d/b/a R.J. O'Brien & Associates
      Judgment Debtors.

Case No.   07 C 6946
Return Date: April 2, 2008
Time:   2:30 p.m.

### CITATION TO DISCOVER ASSETS

To:    Robert J. O'Brien individually & d/b/a R.J. O'Brien & Associates
       4605 West 98th Street
       Oak Lawn, IL 60453

**YOU ARE COMMANDED** to appear before Maureen A. Beck, Esq., Coman & Anderson, P.C. in Suite 300, 2525 Cabot Drive, Lisle, Illinois, 60532 on April 2, 20 08, at 2:30 p. m. to be examined under oath to discover assets or income not exempt from the enforcement of the judgment. A judgment against Robert J. O'Brien individually & d/b/a R.J. O'Brien & Associates was entered on December 18, 2007 and $14,253.48 remains unsatisfied.

**YOU ARE COMMANDED** to produce at the examination all documents specified in the Rider attached hereto.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to judgment debtor, until further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

WARNING: YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.

### CERTIFICATE OF ATTORNEY OR NON-ATTORNEY

Note: This citation must be accompanied at the time of service by either a copy of the underlying judgment or a certification by either the clerk that entered the judgment or the attorney for the judgment creditor setting forth:
1. Judgment in the amount $14,253.48
2. Name of the Court The United States District Court for the Northern District of Illinois
3. Case # 07 C 6946

I, the undersigned certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

Date: FEB 1 9 2008 , 2008

Maureen A. Beck, Esq.
Coman & Anderson, P.C.
2525 Cabot Drive, #300
Lisle, Illinois 60532
Phone: 630-428-2660
Counsel for Plaintiffs/Judgment Creditors

Deputy Clerk:

Michael W. Dobbins, Clerk of the Court

### CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS