UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jeffery Hoswell, et al.
                  Plaintiff,

v.                                   Case No.: 1:07−cv−06946
                                         Honorable Elaine E. Bucklo

Robert J O'Brien
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :Plaintiffs' motion for turnover order [21] heard on 3/13/08 and the motion is granted. Accordingly, Fifth Third Bank, N.A. is directed to immediately turnover the greater of $1,874.43 or the current sum total balance of the accounts identified as belonging to Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates in Fifth Third Bank's February 1, 2008 Answer. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.