UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually | ) ) ) | |
| Plaintiff, | ) ) | Case No.: 07 CV 6946 |
| v. | ) ) | Honorable Elaine E. Bucklo |
| ROBERT J. O'BRIEN, individually and d/b/a R.J. O'Brien & Associates | ) ) ) | Magistrate Morton Denlow |
| Defendant. | ) ) | |

## MOTION FOR RULE TO SHOW CAUSE

**NOW COMES**, Plaintiffs, JEFFERY HOSWELL and JANE BLAKE by and through their attorneys, COMAN & ANDERSON, PC, and in support of their Motion for Rule to Show Cause, state as follows:

1. A judgment in favor of JEFFERY HOSWELL and JANE BLAKE, and against Defendant ROBERT J. O'BRIEN, individually and d/b/a R.J. O'Brien & Associates, in the amount of $14,253.48 was entered on December 18, 2007. (See D.E. No. 9).

2. On February 28, ROBERT J. O'BRIEN, individually and d/b/a R.J. O'Brien & Associates was personally served at his business (7601 S. Kostner, Suite 202, Chicago, Illinois 60652) with a Citation to Discover Assets and Citation Notice, which was set for April 2, 2008. (See D.E. 16).

3. On April 2, 2008, ROBERT J. O'BRIEN, individually and d/b/a R.J. O'Brien & Associates failed to appear at the Citation to Discover Assets, and failed to contact Plaintiff's counsel in any way regarding his failure to appear.

2

**WHEREFORE**, Plaintiffs, JEFFERY HOSWELL and JANE BLAKE, respectfully request that this Court enter an Order (a draft of which will be submitted via electronic mail to the Court) issuing a Rule to Show Cause why ROBERT J. O"BREIN, individually and d/b/a R.J. O'Brien & Associates should not be held in contempt for failing to appear on April 2, 2008 for the Citation to Discover Assets, and any such other relief as this Court deems just.

        Respectfully submitted,

        **JEFFERY HOSWELL and JANE BLAKE**

        By: *s/ Maureen A. Beck*
        Maureen A. Beck, ARDC No. 06274541
        COMAN & ANDERSON, P.C.
        2525 Cabot Drive, Suite 300
        Lisle, Illinois 60532
        (630) 428-2660
        (630) 428-2549 FAX

        mbeck@comananderson.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she caused a copy of the foregoing **Plaintiff's Motion for Rule to Show Cause** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 3rd day of April, 2008:

**N/A**

The undersigned also certifies that she caused a copy of the foregoing **Plaintiff's Motion for Rule to Show Cause** to be served on the following Non-Participant by delivering same via first class mail on this 3rd day of April, 2008:

ROBERT J. O'BRIEN, individually
4605 West 98th Street
Oak Lawn, Illinois 60453

ROBERT J. O'BRIEN d/b/a R.J. O'Brien & Associates
7601 S. Kostner, Suite 202,
Chicago, Illinois 60652

The undersigned also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **Plaintiff's Motion for Rule to Show Cause** was sent via overnight delivery on this 3rd day of April, 2008:

Honorable Elaine E. Bucklo
United States District Court
219 South Dearborn Street
Room 1446
Chicago, Illinois 60604

*s/ Maureen A. Beck*
Maureen A. Beck