UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually | ) ) ) | |
| Petitioners, | ) ) | Case No. 07 C 6946 |
| v. | ) ) | Honorable Bucklo |
| Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates | ) ) ) | Magistrate Denlow |
| Respondent. | ) | |

## NOTICE OF MOTION

**TO:**  Robert J. O'Brien                           Robert J. O'Brien
Robert J. O'Brien & Associates        4605 W. 95th Street
7601 S. Kostner Avenue                  Oak Lawn, Illinois 60453
Suite 203
Chicago, Illinois 60652

**PLEASE TAKE NOTICE** that on **Wednesday, April 9, 2008 at 9:30 AM**, I shall appear before the Honorable Elaine E. Bucklo in Courtroom 1441 of the Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, and shall then and there present **Plaintiff's Motion for Rule to Show Cause,** a copy of which is hereby served upon you.

By: _s/Maureen A. Beck_
One of their Attorneys

Maureen A. Beck, ARDC #06274541
COMAN & ANDERSON, P.C.
2525 Cabot Drive, Suite 300
Lisle, Illinois 60532
(630) 428-2660
mbeck@comananderson.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that she caused a copy of the foregoing **NOTICE OF MOTION FOR RULE TO SHOW CAUSE** to be filed with the Clerk of the U.S. District Court, Northern District of Illinois, using the CM/ECF filing system, which caused a copy to be electronically mailed to the following CM/ECF Participants on this 3rd day of April, 2008:

**N/A**

The undersigned, an attorney, also certifies that she will cause a copy of the foregoing **NOTICE OF MOTION FOR RULE TO SHOW CAUSE** to be served on the following Non-Participant by delivering same via First Class Mail on this 3rd day of April, 2008:

Robert J. O'Brien d/b/a Robert J. O'Brien & Associates
7601 S. Kostner Avenue
Suite 203
Chicago, Illinois 60652

Robert J. O'Brien, individually
4605 W. 98th Street
Oak Lawn, Illinois 60453

The undersigned, an attorney, also certifies that pursuant to Local Rule 5.2, a "Judge's Copy" of the foregoing **NOTICE OF MOTION FOR RULE TO SHOW CAUSE** will be delivered to Chambers via Overnight Delivery this 3rd day of April, 2008:

Honorable JudgeBucklo
United States District Court
219 South Dearborn Street
Room 1446
Chicago, Illinois 60604

*s/ Maureen A. Beck*