UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Jeffery Hoswell, et al.
                Plaintiff,

v.                                        Case No.: 1:07−cv−06946
                                                    Honorable Elaine E. Bucklo

Robert J O'Brien
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Plaintiffs' motion for RULE to show cause[25] heard on 5/8/08 and the motion is granted. Show Cause Hearing set for 5/23/2008 at 09:30 AM. at which time Robert J. O'Brien shall show cause why he should not be held in contempt of court for failure to comply with plaintiffs' citation to discover assets.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.