U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Hoswell et al.<br>v.<br>Robert J. O'Brien individually and<br>doing business as R.J. O'Brien & Associates, et al. | Case Number: 07-cv-06946 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Respondent, Robert J. O'Brien individually and doing business as R.J. O'Brien & Associates

| |
|---|
| NAME (Type or print)<br>Robert J. Depke |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Robert J. Depke |
| FIRM<br>Rockey, Depke & Lyons, LLC |
| STREET ADDRESS<br>233 S. Wacker Dr., Sears Tower Suite 5450 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210318 | TELEPHONE NUMBER<br>312-277-2006 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐