IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and <br> JANE BLAKE, individually <br> <br> Petitioners, <br> v. <br> <br> ROBERT J. O'BRIEN, individually and d/b/a <br> R.J. O'BRIEN & ASSOCIATES <br> <br> Respondent | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 07 C 6946 <br> <br> Honorable Judge Bucklo <br> Magistrate Denlow |

RESPONDENT'S MOTION FOR RELIEF FROM JUDGMENT
PURSUANT TO RULE 60(b)(3) AND ENTRY OF MODIFIED
JUDGMENT IN LIEU OF CITATION TO DISCOVER ASSETS AND
CONTEMPT CITATION

NOW COMES respondent, Robert J. O'Brien, individually and R.J. O'Brien & Associates ("O'Brien"), through its undersigned counsel of record, and respectfully moves this Honorable Court, pursuant to Rule 60 (b)(3) of the Federal Rules of Civil Procedure, for an order modifying the judgment previously entered in this matter.

The basis for O'Brien's motion is that the judgment previously entered by this Court inappropriately modified the Arbitration Award entered against O'Brien to include Petitioner's attorneys fees unrelated to the collection of the Arbitration Award in addition to the appropriate award of costs for converting the Arbitration Award into a judgment. The only basis for the award of attorney's fees by this Court is the misrepresentation by Petitioners that an award of attorney's fees for matters unrelated to the collection of the Arbitration Award is appropriate.

-2-

The facts upon which this motion is based are set forth in the accompanying memorandum along with supporting authority demonstrating that this motion is well-founded and should be granted.

WHEREFORE, O'Brien respectfully requests entry of an order in accordance with the prior of relief for this motion.

                                                  Respectfully submitted,

                                                  /s/ Robert J. Depke
                                                  ROBERT J. DEPKE
                                                    Rockey, Depke, & Lyons, LLC
                                                    Sears Tower, Suite 5450
                                                    233 South Wacker Drive
                                                    Chicago, Illinois 60606
                                                    Telephone:  312-277-2006
                                                    Facsimile:  312-441-0570

                                                Attorney for Respondent
                                                Robert J. O'Brien

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2008, a true and correct copy of the foregoing RESPONDENT'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(3) AND ENTRY OF MODIFIED JUDGMENT IN LIEU OF CITATION TO DISCOVER ASSETS AND CONTEMPT CITATION was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorneys for Petitioners:

>Maureen Ann Beck
>Coman & Anderson, P.C.
>2525 Cabot Drive, #300
>Lisle, Illinois 60532
>mbeck@comananderson.com

>/s/ Robert J. Depke
>One of Respondent's Counsel