IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and<br>JANE BLAKE, individually | )<br>)<br>) | |
| Petitioners, | ) | Case No. 07 C 6946 |
| v. | )<br>) | Honorable Judge Bucklo |
| ROBERT J. O'BRIEN, individually and d/b/a<br>R.J. O'BRIEN & ASSOCIATES | )<br>)<br>) | Magistrate Denlow |
| Respondent | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday May 22, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel will appear before Judge Elaine Bucklo or any other judge sitting in her place and stead, at the United States District Courthouse, 219 S. Dearborn Street, Room 1441, Chicago, IL 60604, and then and there present the accompanying RESPONDENT'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO RULE 60(b)(3) AND ENTRY OF MODIFIED JUDGMENT IN LIEU OF CITATION TO DISCOVER ASSETS AND CONTEMPT CITATION, a copy of which is hereby being served upon you.

Respectfully submitted,

/s/ Robert J. Depke
ROBERT J. DEPKE
  Rockey, Depke, & Lyons, LLC
  Sears Tower, Suite 5450
  233 South Wacker Drive
  Chicago, Illinois 60606
  Telephone:  312-277-2006
  Facsimile:  312-441-0570

Attorney for Respondent
Robert J. O'Brien

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 19, 2008, a true and correct copy of the foregoing NOTICE OF MOTION was filed electronically with the Clerk of Court using the CM/ECF System, which will provide electronic notice to the following attorneys for Petitioners:

>    Maureen Ann Beck
>    Coman & Anderson, P.C.
>    2525 Cabot Drive, #300
>    Lisle, Illinois 60532
>    mbeck@comananderson.com

/s/ Robert J. Depke
One of Respondent's Counsel