# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and<br>JANE BLAKE, individually | ) <br> ) <br> ) | |
| Petitioners,<br>v. | ) <br> ) <br> ) | Case No. 07 C 6946 |
| Robert J. O'Brien, individually and d/b/a<br>R.J. O'Brien & Associates | ) <br> ) <br> ) | Honorable Bucklo<br>Magistrate Denlow |
| Respondent. | ) <br> ) | |

### AFFIDAVIT OF ATTORNEY'S FEES FOR MAUREEN A. BECK

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss |
| COUNTY OF DUPAGE | ) |

The undersigned counsel for Plaintiff deposes and states under oath that the following is true to the best of my knowledge, information, and belief:

1.      I, Maureen A. Beck, of Coman & Anderson, P.C., one of the attorneys for the Petitioners, have as my standard hourly rate for Coman & Anderson, P.C. clients, $185.00 per hour from June 5, 2007-June 28, 2007, and $195.00 per hour after July 1, 2007, as noted for the relevant times as noted below. I have been a licensed attorney in the State of Illinois since 2001. I am submitting this Affidavit of Attorney's Fees in support of Petitioners' request for an attorney fee award in this case pursuant to 9 U.S.C. § 9 and the Construction Management Contract, which is attached as Exhibit 1 to the Amended Petition for Confirmation of the Arbitration Award.

2.      My hours and fees for work incident to the above captioned matter are as follows:



EXHIBIT
B

**EXHIBIT 4**

| Date | Description | Time (Hours) | Rate Value | Total |
|------|-------------|--------------|------------|-------|
| 6/5/2007 | Receive/review initiating e-mail from J. Blake regarding contract dispute. Telephone call with J. Blake confirming expectations. Client will forward all existing documents to my attention for review. | 0.50 | $185.00 | $92.50 |
| 6/5/2007 | Receive/review email from J. Blake regarding O'Brien & Associates dispute. Telephone call with J. Blake regarding matter and engagement of C&A. | 0.30 | $185.00 | $55.50 |
| 6/13/2007 | Review file materials from Client (original contract (including all attachments), client notice of neglect, client notice of termination, client demand for return of deposit)(40 minutes). Telephone call with client regarding strategy (21 minutes). Draft letter to R. O'Brien, forward same to client for review/comments. Complete revisions to letter, forward to HBR for completion. | 1.70 | $185.00 | $314.50 |
| 6/20/2007 | Receive e-mail message from Jane Blake regarding AAA Construction Industry Arbitration Rules. Review rules and form in preparation for assisting client with process. | 0.20 | $185.00 | $37.00 |
| 6/20/2007 | Telephone call with Jeff and Jane regarding status of file and next step. Client authorizes one last attempt at reaching O'Brien via telephone. Client will complete Arbitration paperwork and forward same for me to review. We will discuss C&A's level of involvement. | 0.40 | $185.00 | $74.00 |
| 6/20/2007 | Telephone call with J. Blake in response to my e-mail regarding my conversation with O'Brien. | 0.30 | $185.00 | $55.50 |

| | | | | |
|---|---|---|---|---|
| 6/20/2007 | Telephone call with Robert J. O'Brien regarding his response to Hoswell/Blake notices. O'Brien confirms that he is prepared for arbitration and "is entitled to the money." E-mail to J. Blake regarding same. | 0.70 | $185.00 | $129.50 |
| 6/21/2007 | Receive/respond to e-mail from client regarding listing Coman & Anderson as "representative" on initial "Demand for Arbitration." | 0.30 | $185.00 | $55.50 |
| 6/21/2007 | Respond to client e-mail regarding "nature of the dispute" language. | 1.50 | $185.00 | $277.50 |
| 6/27/2007 | Receive/ review e-mail message from J. Blake regarding: "arbitration approval." Respond to same. | 0.10 | $185.00 | $18.50 |
| 6/28/2007 | Receive/ review e-mail from Client regarding identification of C&A as representative in arbitration proceedings. | 0.10 | $185.00 | $18.50 |
| 7/13/2007 | Teleconference with J. Blake regarding converting the arbitration award to judgment and collection proceedings thereafter. | 0.30 | $195.00 | $58.50 |
| 8/15/2007 | Receive voice message from J. Blake; return same regarding preparation of arbitration packet. Client will forward her packet to me for review. | 0.20 | $195.00 | $39.00 |
| 8/17/2007 | Teleconference with J. Blake regarding documents she has faxed to me. Review documents and advise Client accordingly. | 1.00 | $195.00 | $195.00 |
| 8/20/2007 | Teleconference with J. Blake regarding status of arbitration preparation. Receive / review second revised arbitration documents from Client. Email comments. | 0.30 | $195.00 | $58.50 |
| 8/28/2007 | Analyze U.S. Arbitration Act. Teleconference with J. Blake regarding strategy (17 minutes). Teleconference with Attorney S. Sklar. (30 minutes) Follow up teleconference with Client regarding status. Draft witness and document subpoena. Forward same to Sklar for execution. | 1.40 | $195.00 | $273.00 |

3

| 12/4/2007 | Arbitration confirmation. | 1.30 | $195.00 | $253.50 |
|---|---|---|---|---|
| 12/5/2007 | Teleconference with Client regarding procedure for filing of petition to confirm arbitration award. Teleconference with ECF Desk regarding confirming same. | 0.60 | $195.00 | $117.00 |
| 12/6/2007 | Draft Petition to Confirm Arbitration Award and Attorney Fee Petition. Forward same to client for review. | 1.30 | $195.00 | $253.50 |
| | **TOTAL** | **12.50** | | **$2,376.50** |

| Date | Expenses | Total |
|---|---|---|
| 12/7/2007 | Miscellaneous filing fee. | $350.00 |
| | **TOTAL** | **$350.00** |
| | **GRAND TOTAL** | **$2,726.50** |

3.     Based upon Affiant's knowledge of billing rates for other attorneys in Lisle, DuPage County, Illinois, Affiant's standard hourly rate as noted above is fair, reasonable and customary for similar attorneys representing clients in this type of litigation.

FURTHER AFFIANT SAYETH NOT.

Maureen A. Beck

Subscribed and sworn to before me this /2th day of December, 2007.

Notary Public

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/15/09

4