**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Jeffery Hoswell, et al.
                Plaintiff,

v.                                        Case No.: 1:07−cv−06946
                                           Honorable Elaine E. Bucklo

Robert J O'Brien
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff is given until June 12, 2008 to respond to defendant's motion to alter judgment; any reply is due June 25, 2008. Ruling will be by mail on or about July 17, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.