UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERY HOSWELL, individually and JANE BLAKE, individually | ) ) ) | |
| Petitioners, | ) ) | Case No. 07 C 6946 |
| v. | ) ) | Honorable Elaine E. Bucklo |
| Robert J. O'Brien, individually and d/b/a R.J. O'Brien & Associates | ) ) ) | Magistrate Morton Denlow |
| Respondent. | ) ) | |

### AFFIDAVIT FOR ATTORNEY'S FEES FOR MAUREEN A. BECK

STATE OF ILLINOIS    )
                     ) ss
COUNTY OF DUPAGE     )

The undersigned counsel for Plaintiff deposes and states under oath that the following is true to the best of my knowledge, information, and belief:

1. I, Maureen A. Beck, of Coman & Anderson, P.C., one of the attorneys for the Petitioners, have as my standard hourly rate for Coman & Anderson, P.C. clients, $195.00, as noted for the relevant times as noted below. I have been a licensed attorney in the State of Illinois since 2001. I am submitting this Affidavit of Attorney's Fees in support of Petitioners' request for an attorney fee award in this case pursuant to 9 U.S.C. § 9 and the Construction Management Contract, which is attached as Exhibit 1 to the Petition for Confirmation of the Arbitration Award (Docket Entry No. 6).

2. My hours and fees for work incident to the above captioned matter since entry of judgment in December, 2007, are as follows:



| Date | Description | Time (Hours) | Rate Value | Total |
|---|---|---|---|---|
| 12/10/2007 | Draft and file Civil Cover Sheet with assigned case number. Receive/review scheduling order from Court with assigned judges/courtroom. Forward Notice of Motion to R. O'Brien. | 0.30 | $195.00 | $58.50 |
| 12/18/2007 | COURT: Appeared on Petition to Confirm Arbitration Award. Order entered. | 2.60 | $195.00 | $507.00 |
| 12/18/2007 | Draft proposed Order on Petition to Confirm Arbitration Award. Forward same to Chambers for execution. | 0.40 | $195.00 | $78.00 |
| 12/19/2007 | Begin preparing Citation to Discover Assets and Third Party Wage Garnishments. | 2.00 | $195.00 | $390.00 |
| 12/27/2007 | Received issued Citation and Garnishment documents from District Clerk. Finalized preparation for service. Sent for service (IRC). | 2.10 | $195.00 | $409.50 |
| 1/9/2008 | Follow up with IRC regarding service of wage garnishments. Confirmed both employers served, affidavits to be forwarded. Teleconference with R. Di Iacova (Moraine Valley) regarding identification of RJO and current employment status. Moraine Valley to respond February 1, 2008 by agreement. Email to client regarding same. | 0.60 | $195.00 | $117.00 |
| 1/23/2008 | Follow up with 5/3 Bank and Joliet Junior College regarding garnishment responses. | 0.50 | $195.00 | $97.50 |
| 1/24/2008 | Receive email from Client regarding status. Respond to same. Follow up teleconference with "Rosemary" from Moraine Valley College. | 0.30 | $195.00 | $58.50 |
| 1/28/2008 | Receive/review Joliet Junior College response to Wage Garnishment Summons (no wages). Follow up with Human Resources Department regarding need for them to file with Court. Draft letter to 5/3 Bank legal department regarding failure to file response. | 0.40 | $195.00 | $78.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 1/31/2008 | Teleconference with 5/3 Bank regarding status of response to Non Wage Garnishment. 5/3 denies receipt of original Notice and Garnishment on December 27. Bank provides new address. Resent Garnishment documents. | 0.70 | $195.00 | $136.50 |
| 2/4/2008 | Teleconference with Clients regarding status of collection efforts. Teleconference with Veterans Leadership Program of Illinois (Springfield). Email message to Client regarding same | 0.60 | $195.00 | $117.00 |
| 2/11/2008 | Review Wage Deduction documents (Veterans Leadership Program of Illinois). File/Issue same. | 0.10 | $195.00 | $19.50 |
| 2/20/2008 | Draft and file (for issuance) Citation to Discover Assets directed to R. O'Brien. | 0.60 | $195.00 | $117.00 |
| 2/27/2008 | Follow up with 5/3 Bank regarding non-wage garnishment. Draft subpoena to 5/3 Bank requesting account status as of December 27, 2008, January transaction record and current account balance. | 0.70 | $195.00 | $136.50 |
| 2/28/2008 | Follow up regarding 5/3 Bank subpoena. | 0.30 | $195.00 | $58.50 |
| 3/5/2008 | Draft/file Motion for Turnover (5/3 Bank) with proposed Order,. | 0.30 | $195.00 | $58.50 |
| 3/13/2008 | COURT: Appeared on Motion for Turnover. Order entered. | 2.00 | $195.00 | $390.00 |
| 3/14/2008 | Follow up with Court Clerk regarding Order on Motion for Turnover. Email to Client regarding status of file. | 0.20 | $195.00 | $39.00 |
| 3/25/2008 | Receive turnover check from 5/3 Bank. Forward to N. Goodwin with instructions. Email to client regarding same. | 0.10 | $195.00 | $19.50 |
| 3/26/2008 | Email exchange with Client regarding O'Brien Citation and subsequent steps. | 0.20 | $195.00 | $39.00 |
| 4/3/2008 | Draft and file Motion for Rule to Show Cause and proposed order. Teleconference with J. Blake. | 1.00 | $195.00 | $195.00 |

3

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 4/9/2008 | Teleconference with R. O'Brien regarding Motion and settlement (.4). COURT: Appeared on Petitioner's Motion for Rule to Show Cause. Order entered continuing Motion for Rule to Show Cause to May 8, 2008 to allow time for settlement payments. Draft settlement letter to O'Brien with Order. Review billing statements and calculate final demand amount. | 2.60 | $195.00 | $507.00 |
| 4/24/2008 | Draft letter to O'Brien following up on final judgment amount. | 0.30 | $195.00 | $58.50 |
| 5/1/2008 | Teleconference with Attorney R. Depke regarding status of matter. | .90 | $195.00 | $175.50 |
| 5/1/2008 | Teleconference with Client regarding status of file. | .40 | $195.00 | $78.00 |
| 5/2/2008 | Teleconference with Attorney R. Depke regarding collection proceedings against O'Brien. Email to client regarding same. | 1.00 | $195.00 | $195.00 |
| 5/8/2008 | COURT: Appeared on Motion for Rule to Show Cause. | 1.20 | $195.00 | $234.00 |
| 5/13/2008 | Teleconference with Attorney R. Depke regarding offer of settlement and Respondent's intentions. | .20 | $195.00 | $39.00 |
| 5/14/2008 | Teleconference with Client regarding status and going forward. | .60 | $195.00 | $117.00 |
| 5/15/2008 | Review current Client billing sheets in preparation for opposing counsel's motion. | .30 | $195.00 | $58.50 |
| 5/20/2008 | Receive/review Defendant's Motion for Relief from Judgment Pursuant to Rule 60(b)(3) and Entry of Modified Judgment. Email to Client regarding same. | .40 | $195.00 | $78.00 |
| 5/21/2008 | Teleconference with Client regarding response to Respondent's Motion. Begin draft response to O'Brien's motion. Teleconference with opposing counsel (20 min). Receive/review ECF notice of briefing schedule, follow up with Chambers regarding same and whether appearances are necessary on Thursday or Friday. Left message for R. Depke regarding same. Second teleconference with opposing counsel (36 min). Draft email to Client regarding potential settlement. | 2.10 | $195.00 | $409.50 |

4

| Date | Description | Hours | Rate | Total |
|---|---|---|---|---|
| 5/22/2008 | Complete draft response to Respondent's Rule 60(b)(3) Motion. Email to Client regarding same. | .80 | $195.00 | $156.00 |
| | **TOTAL** | **26.80** | | **$5,226.00** |

| Expenses | Total |
|---|---|
| Courier/postage. | $214.71 |
| Service of Process (5). | $396.90 |
| Certified copy (Judgment Order). | $9.20 |
| Recorder of deeds. | $42.00 |
| **TOTAL** | **$662.81** |
| **GRAND TOTAL** | **$5,888.81** |

3.  Based upon Affiant's knowledge of billing rates for other attorneys in Lisle, DuPage County, Illinois, Affiant's standard hourly rate as noted above is fair, reasonable and customary for similar attorneys representing clients in this type of litigation.

FURTHER AFFIANT SAYETH NOT.

_____
Maureen A. Beck

Subscribed and sworn to before me
this 22nd day of May, 2008.

_____
Notary Public

OFFICIAL SEAL
HEATHER B ROGERS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 07/15/09

5