UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Jeffery Hoswell, et al.
       Plaintiff,

v.              Case No.: 1:07−cv−06946
              Honorable Elaine E. Bucklo

Robert J O'Brien
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 17, 2008:

  MINUTE entry before the Honorable Elaine E. Bucklo: Respondents' motion to alter judgment (30) is denied. Respondents are ordered to comply with my previous judgment in the amount of $14,253.48. I further award petitioners additional attorneys fees and costs incurred in collecting judgment in the amount of $5,245.31, pursuant to the terms of the parties' agreement, for a total of $19,498.79. See Order for details.Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.